*City of Birmingham Retirement and Relief System, et al. v. A. O. Smith Corp., et al.*, **No. 2:19-CV-01198-LA**

**APPENDIX A TO DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 1. | **February 17, 2017 FY 2016 Form 10-K** | • CC ¶ 103<br><br>• Speaker: AOS | "***Our sales in 2016 were a record*** $2,685.9 million surpassing 2015 sales of $2,536.5 million by 5.9 percent. Excluding the impact from the appreciation of the U.S. dollar against the Chinese currency that occurred in 2016, our sales grew approximately eight percent in 2016. The increase in sales in 2016 was ***primarily due to higher sales in China of water heaters, residential air purification products, as well as 35 percent sales growth of A. O. Smith-branded water treatment products.***"<br><br>Ex.[2] 1 at 17. |
| 2. | | • CC ¶ 103<br><br>• Speaker: AOS | Sales to largest customer<br><br>North America \| Geographic Concertation Risk \| Customer Two<br>12 Months Ended<br>Dec. 31, 2016      Dec. 31, 2015      Dec. 31, 2014<br>311.5 [million USD]    301.7 [million USD]    296.5 [million USD]<br><br>Concentration Risk, Percentage<br>12 Months Ended<br>Dec. 31, 2016      Dec. 31, 2015      Dec. 31, 2014<br>12.00%            12.00%            13.00%<br><br>North America \| Geographic Concertation Risk \| Customer One<br>12 Months Ended<br>Dec. 31, 2016      Dec. 31, 2015      Dec. 31, 2014<br>280.8 [million USD]    287.0 [million USD]    237.2 [million USD] |

---

[1] The portions of the statements in bold and italics are those Plaintiff challenges in its Consolidated Class Action Complaint.

[2] The Exhibits referenced herein are attached to the Declaration of Kathryn K. George, filed concurrently with the Motion to Dismiss the Consolidated Complaint.

1

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| | | | Concentration Risk, Percentage<br>12 Months Ended<br><br>Dec. 31, 2016     Dec. 31, 2015     Dec. 31, 2014<br>11.00%            11.00%            10.00%<br><br>Ex. 1 at 208. |
| 3. | **February 28, 2017 Analyst Presentation** | • CC ¶ 105<br><br>• Speaker: AOS | "***Strength of our*** premium brand, ***distribution***, manufacturing and innovation ***provide clear market advantage in China***."<br><br>Ex. 2 at 3. |
| 4. | | • CC ¶ 105<br><br>• Speaker: AOS | "***AOS China Built on***:<br>• Premium Brand<br>• ***Extensive Distribution and Service Network***<br>• Innovative New Products & World Class Manufacturing<br>• Local Management Team and Organizational Development"<br><br>Ex. 2 at 18. |
| 5. | | • CC ¶ 105<br><br>• Speaker: AOS | "***Broad Distribution Channel***<br>• Over 9,000 outlets in China<br>• 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 2 at 21. |
| 6. | **April 27, 2017 Q1 2017 Earnings Call** | • CC ¶ 107<br><br>• Speaker: Ajita Rajendra | "A. O. Smith's solid performance in the first quarter ***set record for sales and earnings. We continue to see strong growth in our consumer products in China*** and our water heater end markets in the U.S. were very positive."<br><br>Ex. 3 at 4 |

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 7. | | • CC ¶ 107 <br><br> • Speaker: John Kita | "***China sales increased 27%, in local currency, driven by higher demand*** for our consumer products in the region, led by water treatment and air purification products, as well as the pre-buy in advance of a price increase related to steel and other cost inflation." <br><br> Ex. 3 at 4. |
| 8. | | • CC ¶ 107 <br><br> • Speaker: Ajita Rajendra[3] | "Specific to our Rest of World segment. We are a consumer products company in China, which distinguishes us from most the industrial companies operating in China. ***We grew 27% in local currency*** in the first quarter, driven by ***continued strong demand*** for our high quality products and a pre-buy in advance of an announced price increase. We expect the pre-buy will be negatively -- will negatively impact the next couple of quarters' sales. With several ***growth drivers*** underpinning our China business, we are confident to project an annual growth rate of at least 15% in local currency in 2017. These drivers include, ***overall water heater market growth*** driven by household formation and an emerging replacement market, ***geographic expansion***, ***market share gain, continued strong growth of water treatment products and air purification product growth***." <br><br> Ex. 3 at 6-7. |
| 9. | **May 1, 2017 Analyst Presentation** | • CC ¶ 105 <br><br> • Speaker: AOS | "***Strength of our*** premium brand, ***distribution***, manufacturing and innovation ***provide clear market advantage in China***." <br><br> Ex. 4 at 3. |
| 10. | | • CC ¶ 105 <br><br> • Speaker: AOS | "***AOS China Built on:*** <br> • Premium Brand <br> • ***Extensive Distribution and Service Network*** <br> • Innovative New Products & World Class Manufacturing <br> • Local Management Team and Organizational Development" <br><br> Ex. 4 at 18. |

[3] Plaintiff incorrectly attributes the challenged portions of this statement to John Kita. *See* CC ¶ 107.

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 11. | | • CC ¶ 105<br><br>• Speaker: AOS | "***Broad Distribution Channel***<br>   • Over 9,000 outlets in China<br>   • 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 4 at 21. |
| 12. | **May 8, 2017**<br>**Q1 2017 Form 10-Q** | • CC ¶ 108<br><br>• Speaker: AOS | "Sales in our Rest of World segment grew approximately 19 percent in the first quarter of 2017 as a result of 20 percent sales growth in China. ***China sales in local currency terms grew approximately 27 percent in the first quarter compared to the same period last year driven by higher demand for our consumer products*** and by a pre-buy by our customers in advance of a price increase related to steel and other costs."<br><br>Ex. 5 at 17. |
| 13. | **July 26, 2017**<br>**Q2 2017 Earnings Call** | • CC ¶ 110<br><br>• Speaker: Ajita Rajendra | "***Our double-digit sales growth in the second quarter was driven by continued strong demand for our consumer products in China*** and positive end markets for our commercial water heaters and boilers in the U.S. and Canada."<br><br>Ex. 6 at 4. |
| 14. | | • CC ¶ 110<br><br>• Speaker: John Kita | "Rest of World segment sales of $273 million increased 14% compared with 2016. ***China sales increased 20% in local currency, driven by higher demand for our consumer products in the region led by water treatment and air purification products*** and pricing actions due to higher steel and other costs, which were announced earlier this year."<br><br>Ex. 6 at 5. |
| 15. | **July 26, 2017**<br>**Form 8-K** | • CC ¶ 110<br><br>• Speaker: AOS | "***We continued to see solid demand for our premium products in China with sales growth in local currency of 20 percent,*** led by water treatment and air purification."<br><br>Ex. 7 at 5. |
| 16. | **August 3, 2017**<br>**Analyst**<br>**Presentation** | • CC ¶ 105<br><br>• Speaker: AOS | "***Strength of our*** premium brand, ***distribution***, manufacturing and innovation ***provide clear market advantage in China***."<br><br>Ex. 8 at 3. |

4

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 17. | | • CC ¶ 105<br><br>• Speaker: AOS | "*AOS China Built on:*<br>• Premium Brand<br>• ***Extensive Distribution and Service Network***<br>• Innovative New Products & World Class Manufacturing<br>• Local Management Team and Organizational Development"<br><br>Ex. 8 at 18. |
| 18. | | • CC ¶ 105<br><br>• Speaker: AOS | "*Broad Distribution Channel*<br>• Over 9,000 outlets in China<br>• 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 8 at 21. |
| 19. | **August 8, 2017 Q2 2017 Form 10-Q** | • CC ¶ 111<br><br>• Speaker: AOS | "*Sales in our Rest of World segment grew approximately 14 percent in the second quarter of 2017 compared to the same period last year*[4] as a result of 15 percent sales growth in China. China sales in local currency terms grew approximately 20 percent in the second quarter *driven by higher demand for our consumer products*, led by water treatment and air purification, and pricing actions due to higher steel and other costs."<br><br>Ex. 9 at 20. |
| 20. | **October 25, 2017 Q3 2017 Earnings Call** | • CC ¶ 113<br><br>• Speaker: Ajita Rajendra | "*Our double-digit sales growth in the third quarter was driven by continued strong demand for our consumer products in China* and positive end markets for our boilers and residential water heaters in North America."<br><br>Ex. 10 at 4. |
| 21. | | • CC ¶ 113<br><br>• Speaker: John Kita | "*China sales increased 13%, driven by higher demand* and *for our consumer products in the region* led by water treatment and air purification products and pricing actions primarily due to higher steel and installation costs."<br><br>Ex. 10 at 5. |

[4] Plaintiff incorrectly alleges that Defendants stated, "[S]ales in A. O. Smith's Rest of World segment grew approximately 20% in local currency compared to the same period in 2016." CC ¶ 111.

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 22. | **October 25, 2017 Form 8-K** | • CC ¶ 113<br><br>• Speaker: AOS | "***Higher demand for the company's premium consumer products***, as well as pricing actions due to higher steel and other costs, ***drove China sales up nearly 13 percent***."<br><br>Ex. 11 at 4. |
| 23. | **November 6, 2017 Q3 2017 Form 10-Q** | • CC ¶ 115<br><br>• Speaker: John Kita | *Plaintiff did not identify any false or misleading statement in this filing*<br><br>Ex. 12. |
| 24. | **November 9, 2017 Analyst Presentation** | • CC ¶ 105<br><br>• Speaker: AOS | "***Strength of our*** premium brand, ***distribution***, manufacturing and innovation ***provide clear market advantage in China***."<br><br>Ex. 13 at 3. |
| 25. | | • CC ¶ 105<br><br>• Speaker: AOS | "***AOS China Built on:***<br>• Premium Brand<br>• ***Extensive Distribution and Service Network***<br>• Innovative New Products & World Class Manufacturing<br>• Local Management Team and Organizational Development"<br><br>Ex. 13 at 18. |
| 26. | | • CC ¶ 105<br><br>• Speaker: AOS | "***Broad Distribution Channel***<br>  • Over 9,000 outlets in China<br>  • 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 13 at 21. |
| 27. | **January 30, 2018 Q4 2017 Earnings Call** | • CC ¶ 116<br><br>• Speaker: Ajita Rajendra | "Our ***double-digit sales growth in 2017 was driven by continued strong demand for our consumer products in China*** and positive end markets for our boilers and water heaters in North America. Here are a few highlights: ***record sales of $3 billion*** grew nearly 12%; China sales were up 18% in local currency and up 16% in U.S. dollar terms, reaching over $1 billion in 2017; China water treatment sales grew 35%, and air purification sales grew 75% into $45 million."<br><br>Ex. 14 at 4. |

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 28. | | • CC ¶ 116 <br><br> • Speaker: John Kita | "Rest of World segment sales of $1.1 billion increased 16% compared with 2016. China sales increased nearly 16%, *driven by higher demand for our consumer products* in the region, led by water treatment and air purification products and pricing actions primarily due to higher steel and installation costs. . . . Rest of World segment sales of $314 million increased 17% compared with the same quarter in 2016. China sales increased 16%, *driven by* pricing actions primarily *due to* higher steel and installation costs *and higher demand for our consumer products* in the region." <br><br> Ex. 14 at 5-6. |
| 29. | | • CC ¶ 116 <br><br> • Speaker: Ajita Rajendra | "Our China sales grew 18% in local currency in 2017, easily exceeding $1 billion and surpassing our 15% expected growth rate. China sales in the fourth quarter exceeded our projections by about $20 million. We believe *the fourth quarter* outperformance was driven by *customer orders to qualify for volume incentives as well as larger-than-expected inventory build by our e-commerce customers for the notable online shopping days in November and December*." <br><br> Ex. 14 at 8. |
| 30. | **January 30, 2018 Form 8-K** | • CC ¶ 117 <br><br> • Speaker: Ajita Rajendra | "Our *double-digit sales growth in 2017* was *driven by continued strong demand for our consumer products in China* and positive end markets for our water heaters and boilers in North America. China sales exceeded the $1 billion milestone and were driven by 35 percent growth in water treatment sales and a near doubling of air purification sales. China on-line sales reached $250 million in 2017. . . . We believe our *growth drivers are intact* and that *our replacement demand remains substantial*, which leads us to expect 2018 earnings to be between $2.50 and $2.58 per share." <br><br> Ex. 15 at 5, 8. |
| 31. | **February 16, 2018 FY 2017 Form 10-K** | • CC ¶ 118 <br><br> • Speaker: AOS | "*Our sales in 2017 were a* company *record* $2,997 million surpassing 2016 sales of $2,686 million by 11.6 percent. The increase in sales in 2017 was primarily due to *higher sales in China* as well as higher sales of water heaters and boilers in North America. . . . Sales in our Rest of World segment in 2017 were $1,116 million or $150 million higher than sales of $966 million in 2016. Sales in China grew 15.9 percent to over $1 billion in 2017 due to *higher demand for our consumer products*, led by water treatment and air purification products and pricing actions primarily due to higher steel and installation costs." <br><br> Ex. 16 at 18-19. |

7

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 32. | | • CC ¶ 118 <br><br>• Speaker: AOS | Sales to largest customer <br><br>North America \| Geographic Concertation Risk \| Customer Two <br>12 Months Ended <br><br>Dec. 31, 2017 — Dec. 31, 2016 — Dec. 31, 2015 <br>361.4 [million USD] — 311.5 [million USD] — 301.7 [million USD] <br><br>Concentration Risk, Percentage <br>12 Months Ended <br><br>Dec. 31, 2017 — Dec. 31, 2016 — Dec. 31, 2015 <br>12.00% — 12.00% — 12.00% <br><br>North America \| Geographic Concertation Risk \| Customer One <br>12 Months Ended <br><br>Dec. 31, 2017 — Dec. 31, 2016 — Dec. 31, 2015 <br>335.2 [million USD] — 280.8 [million USD] — 287.0 [million USD] <br><br>Concentration Risk, Percentage <br>12 Months Ended <br><br>Dec. 31, 2017 — Dec. 31, 2016 — Dec. 31, 2015 <br>11.00% — 11.00% — 11.00% <br><br>Ex. 16 at 194. |
| 33. | **April 25, 2018 Q1 2018 Earnings Call** | • CC ¶ 122 <br><br>• Speaker: Ajita Rajendra | "A 6.5% sales growth in the first quarter was driven by ***continued demand for our consumer products in China*** and positive end markets for our boilers in North America. Here are a few highlights. ***Record sales of $788 million***." <br><br>Ex. 17 at 4. |
| 34. | | • CC ¶ 122 <br><br>• Speaker: John Kita | "In China, sales increased 13%, including a benefit from currency translation of approximately $21 million. China sales in local currency terms were muted by the expected impact of a prebuy in the fourth quarter of 2017. Pricing actions in 20 -- in mid-2017, primarily due to higher steel and installation costs as well as ***higher demand for the company's gas*** |

8

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| | | | *tankless water heaters and water treatment products contributed to higher sales* and were partially offset by a significant decline in air purification product sales, we believe primarily due to improved air quality in China." Ex. 17 at 5. |
| 35. | **April 25, 2018 Form 8-K** | • CC ¶ 122 <br><br> • Speaker: AOS | "A. O. Smith reports *double digit earnings growth on record first quarter sales* . . . . In China, sales increased 13 percent including approximately $21 million of benefit from currency translation due to the appreciation of the China currency compared with the prior year. In local currency terms, sales grew four percent and were negatively impacted by a pre-buy in the fourth quarter of 2017. Pricing actions in mid-2017, primarily due to higher steel and installation costs, as well as *higher demand for gas tankless water heaters and water treatment products, contributed to higher sales* and were partially offset by a significant decline in air purification product sales primarily due to improved air quality in China." Ex. 18 at 4-5. |
| 36. | **May 7, 2018 Q1 2018 Form 10-Q** | • CC ¶ 123 <br><br> • Speaker: AOS | "FIRST THREE MONTHS OF 2018 COMPARED TO 2017*: Sales in the first quarter of 2018* were $788 million, *approximately 6.5 percent higher than* sales of $740 million in *the first quarter of 2017. Our higher sales in the first quarter of 2018 compared to the first quarter of 2017 were primarily* due *to continued demand for our consumer products in China* and positive end markets for our boilers in North America. Our sales in China also benefitted from currency translation of approximately $21 million in the first quarter of 2018 due to the appreciation of the Chinese currency." Ex. 19 at 21. |
| 37. | **July 25, 2018 Q2 2018 Earnings Call** | • CC ¶ 125 <br><br> • Speaker: Kevin Wheeler | "In the second half of 2018, we expect local currency sales in China to grow at a slightly higher rate than the first half or approximately 6%. Sales are expected to be negatively impacted in the second half of the year by *high channel inventory levels*, which we believe to be the result of *recently significant declines in the growth rate housing sales in China*." Ex. 20 at 6. |
| 38. | | • CC ¶ 125 <br><br> • Speaker: John Kita | "Now your question is what's changed with respect to the second half, and I would tell you it's a *series of things*. One is when we were talking in the first quarter, appliance sales were strong. Consumer spending was strong. But you're right, it had started flattening. Housing has started flattening, which is the first time it hadn't grown for a long period of time. The inventory levels from the year-end to the first quarter grew exactly the same amount in units as the prior year December to first quarter, okay? So when we looked at -- look out at the second half, we were saying we think we can get back to |

9

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| | | | more normal growth. Now let's roll through the second quarter. What happened is inventories actually grew. They grew about 15%. Historically, first quarter to second quarter, they would have been flat or down. Number two, we relooked at what we're seeing in the air purifier. We talked on the first call, $40 million. We are coming out with new products, but we think more realistic is last half down a little bit from last year's last half. So that's a $15 million decline from what we said about first quarter. And then as we talk to our distributors, I mean, there is concern, right? **Consumer confidence,** the **economy slowing** down there. **Housing** hasn't turned. It's been **flat now for 2 or 3 quarters**. The **currency has dropped dramatically in the last month**. It's dropped 6%. So it really had us step back and kind of take a look and say, 'We need to kind of get through the inventory. We need to get through this half of the year.' And that was really the driver on saying our second half sales are going to be up from the first half but not what we expected. So that's a long litany, but I mean, that's how we'd looked at it internally recently. And again, our people have talked to distributors in July, and we just thought it prudent to take it down." <br><br> Ex. 20 at 8-9. |
| 39. | | • CC ¶ 126 <br><br> • Speaker: Kevin Wheeler | "Let me take the -- as far as the price increase that we announced in early June and the up to 12% with a 10% average across-the-board, that's been executed and implemented. With regards to the prebuy, what we said is, it would be a minimal to, we believe, no prebuy just because of the timing of it, early June. If you look at our AHRI data, we had a very strong April, had a very strong May. And I would tell you we had a strong June. When you put them all together, we believe the industry's up about 300,000 units. And that would indicate there was some type of prebuy. The math that we've done, we figured somewhere in the neighborhood of 100,000 to 150,000 **units were pulled forward.** And I would tell you that's **about a week, maybe even a little bit less.** So it was **minimal**, but there was a prebuy. And we felt that it was important for us to explain that to you on the call." <br><br> Ex. 20 at 11. |
| 40. | | • CC ¶ 126 <br><br> • Speaker: John Kita | "And we don't know for sure. But I think as Kevin said, June being up was a surprise to us. And we talk to our customers, and I'd say **inventory levels are a little bit heavy, not bad but a little bit heavy.** So I think we just assume, for the most part, that the June excess was a prebuy. That's our impression." <br><br> Ex. 20 at 11. |

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 41. | | • CC ¶ 127<br><br>• Speaker: Kevin Wheeler | "Well, there's certainly been quite a bit of promotional activity by various competitors. We talked about that during the air purification. Our approach is *we certainly have many programs to move our inventory, and we'll do some promotion, some bundling.* We'll do it in a systematic way. We'll also do it looking at where inventories are at, what categories do we have higher inventories, and we'll continue to move that forward. But our approach will be not -- *it will be again thoughtful, a systematic approach to reducing inventories over time.* And we're going to be looking to reduce our inventories somewhere in the neighborhood of about 30 days by the end of the year."<br><br>Ex. 20 at 16. |
| 42. | | • CC ¶ 127<br><br>• Speaker: Ajita Rajendra | "*I was in China last week.* . . . We don't know. We don't really have any data that can say what the other competitors are like in terms of inventories. But *the slowdown has to be hitting everybody.*"<br><br>Ex. 20 at 14, 16. |
| 43. | | • CC ¶ 127<br><br>• Speaker: John Kita | "We don't see the numbers from a share standpoint haven't moved much. So as Ajita said, we don't know, but *you have to assume everybody's kind of in the same.*"<br><br>Ex. 20 at 16. |
| 44. | **August 6, 2018 Q2 2018 Form 10-Q** | • CC ¶ 129<br><br>• Speaker: AOS | *Plaintiff did not identify any false or misleading statement in this filing*<br><br>Ex. 21. |
| 45. | **October 30, 2018 Q3 2018 Earnings Call** | • CC ¶ 130<br><br>• Speaker: Kevin Wheeler | "We continue to have confidence in our business model in China for the long term. The *investments* we have made *in* our premium brand, *broad distribution* and innovative products over the past 20 years has resulted in a reputation for reliability and safety and driven significant growth. We are proud of the *profitability* and our return on assets that we have achieved *in China*."<br><br>Ex. 22 at 6-7. |

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 46. | | • CC ¶ 130 <br><br> • Speaker: John Kita | "Our market share has been basically held steady year-to-date, so – in the water heater business. And so we saw the industry declining actually some in the third quarter. So I'm not sure which competitor you're talking about, but our market share has held steady for the year-to-date. ***Inventories are up about the same percent from second to third quarter as they were last year from second quarter to third quarter. That's not unusual*** because we're entering our highest selling season, which is the fourth quarter. I will tell you though, inventory levels are still elevated as we thought, and we'll kind of evaluate as the fourth quarter happens with respect to the online selling holidays, et cetera." <br><br> Ex. 22 at 8. |
| 47. | | • CC ¶ 130 <br><br> • Speaker: Kevin Wheeler | "Yes, I'll tell you, our ***days on hand were down in the third quarter.*** However, that's really not a great measurement considering the volatility, we used the – a 90-day forward forecast. And when you have some seasonality, that could be misleading. So what – we're using a variety of inventory measures, by customer, by product category, by percentage increase, off-line to online. And so overall, inventories are elevated. We look for a stronger fourth quarter, and we'll continue to evaluate our sales through the busy season, singles' day and other promotions 12/12, and we'll determine if necessary if we need to take additional actions on promotions or any kind of a bundling activity." <br><br> Ex. 22 at 9. |
| 48. | **November 5, 2018 Analyst Presentation** | • CC ¶ 105 <br><br> • Speaker: AOS | "***AOS China Built on:*** <br> • Premium Brand <br> • ***Extensive Distribution and Service Network*** <br> • Innovative New Products & World Class Manufacturing <br> • Local Management Team and Organizational Development <br><br> Ex. 23 at 73. |
| 49. | | • CC ¶ 105 <br><br> • Speaker: AOS | "***Broad Distribution Channel*** <br> • Over 9,000 outlets in China, , Water treatment product sold in over 7,000 of these outlets <br> • 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities" <br><br> Ex. 23 at 76. |

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 50. | **November 8, 2018 Q3 2018 Form 10-Q** | • CC ¶ 132<br><br>• Speaker: AOS | *Plaintiff did not identify any false or misleading statement in this filing*<br><br>Ex. 24. |
| 51. | **January 29, 2019 Q4 2018 Earnings Call** | • CC ¶ 133<br><br>• Speaker: Kevin Wheeler | "As previously discussed, we believe customer ***inventory in China grew the first of 2018,*** with the majority of the growth occurring in the first quarter and was relatively flat the last half of the year after a ***decline in the fourth quarter.***"<br><br>Ex. 25 at 6. |
| 52. | | • CC ¶ 133<br><br>• Speaker: John Kita | "From a share standpoint, when we look at the water heater market, what we're seeing for data, it was probably down 2% to 3% in 2018. And if we lost any share, ***it was minimal.*** So the water heater market was just very weak, and it's what you said. I mean housing -- every housing metric we look at is weak and has gotten weaker. Water treatment, we had a good year, especially on consumables, but we'd also say we lost a few points of share there, and that was really driven by the fact that we didn't have those mid-price products that we had talked about on an earlier call and we now have those late in the year. I mean your real question is, we were up in the -- we thought we'd be up for the year in October and we're now down. And I think it's a variety of factors. One is we didn't take the inventory down in the fourth quarter as much as what we anticipated, and that's ***because the online holiday sales were not as good as what we thought.*** Number two, we had originally said that we thought that the second half of the year would be better in China. We are not forecasting that now. This is based on kind of a level the economy stays weak. Then when we look at next year now, the assumptions are that our sellout, if you will, is kind of level with '18, so we're not going to have much of a pickup. We're going to see some recovery in air purifier, water treatment because of the new products, et cetera, but you're right, the first quarter is difficult. And the first quarter is difficult because last year we picked up. Our inventory build occurred in the first quarter."<br><br>Ex. 25 at 8. |
| 53. | | • CC ¶ 133<br><br>• Speaker: John Kita | "Scott, I wouldn't necessarily agree with that. What we're really saying is last year's first quarter probably had, let's say, $40 million to $50 million of ***inventory build*** in it, and we're saying that's ***not going to repeat itself.*** So no, I don't think this flushes out the inventory because we're having a weak quarter. It's just, I'll say a very difficult comp because we built the inventory up last year, and we're saying we're not going to build it up. We hope to take it down some in the first quarter. Now whether that will happen will depend."<br><br>Ex. 25 at 8. |

13

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 54. | **January 29, 2019 Form 8-K** | • CC ¶ 134<br><br>• Speaker: Kevin Wheeler | "*Assuming relatively flat consumer demand in 2019 and without the impact of the previously-disclosed channel inventory build we experienced in 2018, which we estimate was at least five percent of 2018 China sales, we project China sales will decline by three to six percent in 2019 in local currency terms* and seven to ten percent in U.S. dollar terms. *Since the inventory build primarily occurred in the first quarter of 2018, we anticipate the majority of the related China sales decline will occur in the first quarter of 2019*."<br><br>Ex. 26 at 4. |
| 55. | **February 15, 2019 FY 2018 Form 10-K** | • CC ¶ 136<br><br>• Speaker: AOS | Sales to largest customer<br><br>North America \| Geographic Concertation Risk \| Customer Two<br>12 Months Ended<br><br>Dec. 31, 2018 — Dec. 31, 2017 — Dec. 31, 2016<br>425.3 [million USD] — 361.4 [million USD] — 311.5 [million USD]<br><br>Concentration Risk, Percentage<br>12 Months Ended<br><br>Dec. 31, 2018 — Dec. 31, 2017 — Dec. 31, 2016<br>13.00% — 12.00% — 12.00%<br><br>North America \| Geographic Concertation Risk \| Customer One<br>12 Months Ended<br><br>Dec. 31, 2018 — Dec. 31, 2017 — Dec. 31, 2016<br>355.6 [million USD] — 335.2 [million USD] — 280.8 [million USD]<br><br>Concentration Risk, Percentage<br>12 Months Ended<br><br>Dec. 31, 2018 — Dec. 31, 2017 — Dec. 31, 2016<br>11.00% — 11.00% — 11.00%<br><br>Ex. 27 at 178. |

14

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 56. | **March 1, 2019 Analyst Presentation** | • CC ¶ 105<br><br>• Speaker: AOS | "***Strength of our*** premium brand, ***distribution***, manufacturing and innovation ***provide clear market advantage in China.***"<br><br>Ex. 28 at 3. |
| 57. | | • CC ¶ 105<br><br>• Speaker: AOS | "***AOS China Built on:***<br>• Premium Brand<br>• ***Extensive Distribution and Service Network***<br>• Innovative New Products & World Class Manufacturing<br>• Local Management Team and Organizational Development"<br><br>Ex. 28 at 18. |
| 58. | | • CC ¶ 105<br><br>• Speaker: AOS | "***Broad Distribution Channel***<br>• Over 9,000 outlets in China<br>• 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 28 at 21. |
| 59. | **April 30, 2019 Q1 2019 Earnings Call** | • CC ¶ 138<br><br>• Speaker: Charles Lauber | "So yes, for Q1, we gave the guidance that Q1 would be down roughly $50 million. And last January, we talked a bit about the inventory build happening in 2018 predominantly in the first quarter but it did happen throughout the first half of the year. I mean*, **we don't know our channel inventory numbers precisely.*** But when we kind of take a step back and look at it, we would kind of gauge the Q2 impact to be roughly half of that of Q1. So the volume, ***we're saying $50 million in Q1, so we would peg that in Q2 as roughly half***."<br><br>Ex. 29 at 10. |

15

| | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 60. | | • CC ¶ 138<br><br>• Speaker: Kevin Wheeler | "This morning, we updated our *2019 guidance* to a range of between $2.69 and $2.75 per share with *no change to the midpoint*, which represents a 4% increase in EPS compared with our adjusted 2018 results. . . . Our business model in China is solid for the long-term opportunity, and we continue to forecast low teen margins for the full year. We have near-term challenges to navigate through as the China economy remains weak. We project revenue growth will be between 2.5% and 3.5% for the year in US dollars and 3% to 4% in local currency. *EPS is projected to be between $2.69 and $2.75*."<br><br>Ex. 29 at 6-7. |
| 61. | **April 30, 2019 Form 8-K** | • CC ¶ 139<br><br>• Speaker: Kevin Wheeler | "We have updated our *2019 earnings per share guidance* to a range of $2.69 and $2.75 per share, with *no change to the midpoint*, which represents a four percent increase compared with our 2018 adjusted earnings per share. We *expect* both operating segments *to improve significantly in the second half of the year compared with the first half of 2019.* We *project significantly improved second half year-over-year performance*, primarily in our North America segment as a result of weakness experienced in the third quarter of 2018."<br><br>Ex. 30 at 4. |
| 62. | **May 1, 2019 Analyst Presentation** | • CC ¶ 105<br><br>• Speaker: AOS | "*Strength of our* premium brand, *distribution*, manufacturing and innovation *provide clear market advantage in China*."<br><br>Ex. 31 at 3. |
| 63. | | • CC ¶ 105<br><br>• Speaker: AOS | "*AOS China Built on:*<br>• Premium Brand<br>• *Extensive Distribution and Service Network*<br>• Innovative New Products & World Class Manufacturing<br>• Local Management Team and Organizational Development"<br><br>Ex. 31 at 18. |

|  | Date | Source | Challenged Statement[1] |
|---|---|---|---|
| 64. | | • CC ¶ 105<br><br>• Speaker: AOS | "***Broad Distribution Channel***<br>   • Over 9,000 outlets in China<br>   • 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities"<br><br>Ex. 31 at 21. |
| 65. | **May 9, 2019**<br>**Q1 2019 Form 10-Q** | • CC ¶ 141<br><br>• Speaker: AOS | *Plaintiff did not identify any false or misleading statement in this filing*<br><br>Ex. 32. |
| 66. | **May 17, 2019**<br>**Press Release** | • CC ¶ 142<br><br>• Speaker: AOS | "A. O. Smith, founded 145 years ago, has a long track record of operating with integrity across the world. ***A recent report by short seller J Capital Research makes inaccurate, unfounded and misleading allegations*** designed to negatively impact A. O. Smith's share price for J Capital's own benefit. Much of the ***misinformation*** contained in the report centers around the company's longstanding operations in China.  We have done business in China for more than 20 years, serving millions of consumers across the country.  As is ***common for many companies who do similar business in China***, we utilize a distribution channel where third-party supply-chain partners, such as Jiangsu UTP Supply Chain (UTP) and other supply chain partners, purchase product from us which they subsequently distribute to distributers and ultimate end-users. We understand our supply chain partners do similar services for other global companies with whom they work.  All revenue associated with UTP and others was appropriately recognized in accordance with U. S. GAAP in our financial statements.  Our financial statements and internal controls over financial reporting are annually audited by Ernst & Young LLP. While we value all of our distribution relationships, ***we do not have debt or equity interests in UTP and maintain appropriate independent commercial agreements***."<br><br>Ex. 34 at 1. |