CITY OF BIRMINGHAM RETIREMENT )
AND RELIEF SYSTEM, Individually and on )
Behalf of All Others Similarly Situated, )
                                         )
                      Plaintiff, )   Case No. 2:19-CV-01198-LA
                                         )
                                         )
vs. )
                                         )
                                         )
A. O. SMITH CORPORATION, AJITA )
RAJENDRA, KEVIN WHEELER, and JOHN )
KITA, )
                                         )
                    Defendants. )

## DECLARATION OF KATHRYN K. GEORGE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT

I, Kathryn K. George, declare as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, and counsel of record for Defendants A. O. Smith Corporation ("AOS"), Ajita Rajendra, Kevin Wheeler, and John Kita (the "Individual Defendants" and with AOS, the "Defendants"). I am a member in good standing with the State Bar of Illinois and admitted to practice in the Eastern District of Wisconsin. I submit this declaration in support of the accompanying Motion to Dismiss Plaintiff's Consolidated Class Action Complaint ("CC") for Violations of the Federal Securities Laws. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of AOS's Form 10-K for the fiscal year ended December 31, 2016, filed with the SEC on February 17, 2017.

3. Attached hereto as Exhibit 2 is a true and correct copy of AOS's February 28, 2017 Analyst PowerPoint Presentation.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of AOS's earnings call for the first quarter of fiscal year 2017, dated April 27, 2017 and available from S&P Capital IQ.

5. Attached hereto as Exhibit 4 is a true and correct copy of AOS's May 1, 2017 Analyst PowerPoint Presentation.

6. Attached hereto as Exhibit 5 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended March 31, 2017, filed with the SEC on May 8, 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of the transcript of AOS's earnings call for the second quarter of fiscal year 2017, dated July 26, 2017 and available from S&P Capital IQ.

8. Attached hereto as Exhibit 7 is a true and correct copy of AOS's Form 8-K, filed with the SEC on July 26, 2017.

9. Attached hereto as Exhibit 8 is a true and correct copy of AOS's August 3, 2017 Analyst PowerPoint Presentation.

10. Attached hereto as Exhibit 9 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended June 30, 2017, filed with the SEC on August 8, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of the transcript of AOS's earnings call for the third quarter of fiscal year 2017, dated October 25, 2017 and available from S&P Capital IQ.

12. Attached hereto as Exhibit 11 is a true and correct copy of AOS's Form 8-K, filed with the SEC on October 25, 2017.

13. Attached hereto as Exhibit 12 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended September 30, 2017, filed with the SEC on November 6, 2017.

2

14.     Attached hereto as Exhibit 13 is a true and correct copy of AOS's November 9, 2017 Analyst PowerPoint Presentation.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the transcript of AOS's earnings call for the fourth quarter of fiscal year 2017, dated January 30, 2018 and available from S&P Capital IQ.

16.     Attached hereto as Exhibit 15 is a true and correct copy of AOS's Form 8-K, filed with the SEC on January 30, 2018.

17.     Attached hereto as Exhibit 16 is a true and correct copy of AOS's Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 16, 2018.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the transcript of AOS's earnings call for the first quarter of fiscal year 2018, dated April 25, 2018 and available from S&P Capital IQ.

19.     Attached hereto as Exhibit 18 is a true and correct copy of AOS's Form 8-K, filed with the SEC on April 25, 2018.

20.     Attached hereto as Exhibit 19 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended March 31, 2018, filed with the SEC on May 7, 2018.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the transcript of AOS's earnings call for the second quarter of fiscal year 2018, dated July 25, 2018 and available from S&P Capital IQ.

22.     Attached hereto as Exhibit 21 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on August 6, 2018.

23. Attached hereto as Exhibit 22 is a true and correct copy of the transcript of AOS's earnings call for the third quarter of fiscal year 2018, dated October 30, 2018 and available from S&P Capital IQ.

24. Attached hereto as Exhibit 23 is a true and correct copy of AOS's November 5, 2018 Analyst PowerPoint Presentation.

25. Attached hereto as Exhibit 24 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended September 30, 2018, filed with the SEC on November 8, 2018.

26. Attached hereto as Exhibit 25 is a true and correct copy of the transcript of AOS's earnings call for the fourth quarter of fiscal year 2018, dated January 29, 2019 and available from S&P Capital IQ.

27. Attached hereto as Exhibit 26 is a true and correct copy of AOS's Form 8-K, filed with the SEC on January 29, 2019.

28. Attached hereto as Exhibit 27 is a true and correct copy of AOS's Form 10-K for the fiscal year ended December 31, 2018, filed with the SEC on February 15, 2019.

29. Attached hereto as Exhibit 28 is a true and correct copy of AOS's March 1, 2019 Analyst PowerPoint Presentation.

30. Attached hereto as Exhibit 29 is a true and correct copy of the transcript of AOS's earnings call for the first quarter of fiscal year 2019, dated April 30, 2019 and available from S&P Capital IQ.

31. Attached hereto as Exhibit 30 is a true and correct copy of AOS's Form 8-K, filed with the SEC on April 30, 2019.

32. Attached hereto as Exhibit 31 is a true and correct copy of AOS's May 1, 2019 Analyst PowerPoint Presentation.

33. Attached hereto as Exhibit 32 is a true and correct copy of AOS's Form 10-Q for the quarterly period ended March 31, 2019, filed with the SEC on May 9, 2019.

34. Attached hereto as Exhibit 33 is a true and correct copy of the J Capital Report dated May 16, 2019, publicly available at https://www.jcapitalresearch.com/uploads/2/0/0/3/20032477/2019_05_16_aos.pdf.

35. Attached hereto as Exhibit 34 is a true and correct copy of AOS's May 17, 2019 press release, publicly available on AOS's website at http://investor.aosmith.com/node/18186/pdf.

36. Attached hereto as Exhibit 35 is a true and correct copy of the J Capital Report dated May 29, 2019, publicly available at https://www.jcapitalresearch.com/uploads/2/0/0/3/20032477/2019_05_28_aos_response.pdf.

37. Attached hereto as Exhibit 36 is a true and correct copy of AOS's Form 8-K, filed with the SEC on June 3, 2019.

38. Attached hereto as Exhibit 37 is a true and correct copy of relevant excerpts from AOS's Definitive Proxy Statement on Schedule 14A, filed with the SEC on March 5, 2015.

39. Attached hereto as Exhibit 38 is a true and correct copy of relevant excerpts from AOS's Definitive Proxy Statement on Schedule 14A, filed with the SEC on March 2, 2016.

40. Attached hereto as Exhibit 39 is a true and correct copy of relevant excerpts from AOS's Definitive Proxy Statement on Schedule 14A, filed with the SEC on March 2, 2017.

41. Attached hereto as Exhibit 40 is a true and correct copy of relevant excerpts from AOS's Definitive Proxy Statement on Schedule 14A, filed with the SEC on February 28, 2018.

42. Attached hereto as Exhibit 41 is a true and correct copy of relevant excerpts from AOS's Definitive Proxy Statement on Schedule 14A, filed with the SEC on February 28, 2019.

43. Attached hereto as Exhibit 42 is a true and correct copy of Mr. John Kita's Forms 4 filed with the SEC on February 11, 2015; February 18, 2015; December 1, 2015; February 10, 2016; February 16, 2016; May 20, 2016; December 7, 2016; February 8, 2017; February 13, 2017; February 15, 2017; May 3, 2017; June 2, 2017; November 22, 2017; February 13, 2018; June 12, 2018; February 12, 2019.

44. Attached hereto as Exhibit 43 is a true and correct copy of Mr. Ajita Rajendra's Forms 4 filed with the SEC on February 11, 2015; February 18, 2015; January 14, 2016; February 10, 2016; February 16, 2016; May 25, 2016; May 26, 2016; February 8, 2017; February 13, 2017; February 15, 2017; May 8, 2017; May 22, 2017; November 30, 2017; December 1, 2017; February 13, 2018; February 15, 2018; February 20, 2018; February 23, 2018; May 25, 2018; May 30; 2018; June 1, 2018; February 12, 2019.

45. Attached hereto as Exhibit 44 is a true and correct copy of Mr. Kevin Wheeler's Forms 4 filed with the SEC on February 11, 2015; February 18, 2015; February 10, 2016; February 16, 2016; February 13, 2017; February 15, 2017; May 5, 2017; December 6, 2017; February 13, 2018; September 5, 2018; February 12, 2019.

46. The following chart, derived from information contained in Exhibits 37-44, reflects the number of shares owned by the Individual Defendants at the start of the Class Period and at the end of the Class Period. The Individual Defendants' Forms 4 include both vested and unvested stock, stock-option awards, and restricted stock units. Accordingly, the chart also includes a column reflecting the number of exercisable options and shares that the Individual Defendants owned as stated in AOS's Definitive Proxy Statements on Schedules 14 filed during the Class Period (Exhibits 39-41).

6

|  | Total Holdings (Forms 4) | Total Vested Holdings (Proxy Materials) |
|---|---|---|
| **Kita** | | |
| Total Holdings Beginning Class Period | 250,956 | 165,706 |
| Total Holdings End Class Period | 195,277 | 118,764 |
| Percentage Shares Retained | 78% | 72% |
| **Rajendra** | | |
| Total Holdings Beginning Class Period | 1,365,134 | 1,012,319 |
| Total Holdings End Class Period | 1,351,991 | 1,039,086 |
| Percentage Shares Retained | 99% | 103% |
| **Wheeler** | | |
| Total Holdings Beginning Class Period | 151,038 | 92,928 |
| Total Holdings End Class Period | 259,008 | 106,647 |
| Percentage Shares Retained | 171% | 115% |

47. The following chart lists dispositions of AOS stock made by Mr. Kita during the 27 months immediately preceding the Class Period (the "Control Period") and during the Class Period, and his total AOS holdings on the date of each sale. All of this information is taken directly from the Forms 4 and proxy materials attached hereto as Exhibits 37-42.

| Date | Gift | Withholding/ In Kind | Shares Sold | Total | Price | Proceeds | Total Holdings[1] |
|---|---|---|---|---|---|---|---|
| **Pre-Class Period Transactions** | | | | | | | |
| *Holdings At Beginning of Control Period* | | | | | | | **170,697** |
| 2/13/15 | 0 | 21,277 | 0 | 21,277 | $62.78 | $1,335,663.68 | 149,420 |
| 2/17/15 | 0 | 0 | 10,923 | 10,923 | $62.13 | $678,602.30 | 138,497 |
| 2/18/15 | 0 | 0 | 4,709 | 4,709 | $62.21 | $292,957.25 | 133,788 |
| 10/27/15 | 135 | 0 | 0 | 135 | $0.00 | $0.00 | 133,653 |
| 11/30/15 | 0 | 9,603 | 0 | 9,603 | $80.37 | $771,745.10 | 124,050 |
| 12/1/15 | 0 | 0 | 5,397 | 5,397 | $80.15 | $432,592.22 | 118,653 |
| 2/11/16 | 0 | 3,156 | 0 | 3,156 | $65.77 | $207,585.27 | 136,162 |
| 5/20/16 | 0 | 0 | 11,000 | 11,000 | $80.55 | $886,042.30 | 125,162 |

---

[1] Total holdings include vested and unvested stock, stock-option awards, and restricted stock units. According to AOS's Definitive Proxy Statements on Schedules 14, the number of exercisable options and shares that Mr. Kita owned during the Control Period and Class Period were as follows: 116,550 as of December 31, 2014; 88,255 as of December 31, 2015; 165,706 as of December 31, 2016; 124,006 as of December 31, 2017; and 118,764 as of December 31, 2018.

7

| Date | Gift | Withholding/ In Kind | Shares Sold | Total | Price | Proceeds | Total Holdings[1] |
|---|---|---|---|---|---|---|---|
| 6/7/16 | 70 | 0 | 0 | 70 | $0.00 | $0.00 | 125,092 |
| 8/18/16 | 110 | 0 | 0 | 110 | $0.00 | $0.00 | 124,982 |
| 12/2/16 | 105 | 0 | 0 | 105 | $0.00 | $0.00 | 249,859[2] |
| 12/5/16 | 0 | 0 | 20,000 | 20,000 | $49.74 | $994,832.00 | 229,859 |
| 12/8/16 | 2,000 | 0 | 0 | 2,000 | $0.00 | $0.00 | 227,859 |
| 2/10/17 | 0 | 3,683 | 0 | 3,683 | $49.86 | $183,634.38 | 224,176 |
| **Total Sales** | **2,420** | **37,719** | **52,029** | **92,168** | | **$5,783,654.48** | |
| **Total Sales, Excluding Withholding & Gift** | | | **52,029** | | | **$3,285,026.07** | |
| **Class Period Transactions** | | | | | | | |
| *Holdings at Beginning of Class Period* | | | | | | | **250,956** |
| 5/1/17 | 0 | 0 | 31,619 | 31,619 | $53.87 | $1,703,157.44 | 219,337 |
| 6/2/17 | 0 | 0 | 12,200 | 12,200 | $56.32 | $687,149.14 | 207,137 |
| 9/6/17 | 190 | 0 | 0 | 190 | $0.00 | $0.00 | 206,947 |
| 11/21/17 | 0 | 19,942 | 0 | 19,942 | $60.36 | $1,203,699.12 | 187,005 |
| 11/22/17 | 0 | 0 | 8,958 | 8,958 | $60.78 | $544,464.55 | 178,047 |
| 12/13/17 | 1,000 | 0 | 0 | 1,000 | $0.00 | $0.00 | 177,047 |
| 2/9/18 | 0 | 3,880 | 0 | 3,880 | $60.11 | $233,226.80 | 173,167 |
| 2/16/18 | 0 | 0 | 25,000 | 25,000 | $66.10 | $1,652,492.50 | 172,877 |
| 6/8/18 | 0 | 0 | 9,000 | 9,000 | $64.61 | $581,458.50 | 163,877 |
| 2/8/19 | 0 | 3,900 | 0 | 3,900 | $48.72 | $190,008.00 | 159,977 |
| **Total Sales** | **1,190** | **27,722** | **86,777** | **115,689** | | **$6,795,656.05** | |
| **Total Sales, Excluding Withholding & Gift** | | | **86,777** | | | **$5,168,722.13** | |
| *Holdings at End of Class Period* | | | | | | | **195,277** |

48.     The following chart lists dispositions of AOS stock made by Mr. Rajendra during the Control Period and during the Class Period, and his total AOS holdings on the date of each sale. All of this information is taken directly from the Forms 4 and proxy materials attached here as Exhibits 37-41, 43.

---

[2] On October 5, 2016, AOS stock split 2:1, which doubled Mr. Kita's holdings and resulted in the price being halved.

| Date | Gift | Withholding /In Kind | Shares Sold | Indirect Shares Sold[3] | Total | Price | Proceeds | Total Holdings[4] |
|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Transactions** | | | | | | | | |
| *Holdings At Beginning of Control Period* | | | | | | | | **642,727** |
| 2/17/15 | 0 | 0 | 6,900 | 0 | 6,900 | $62.28 | $429,725.10 | 635,827 |
| 2/18/15 | 0 | 8,609 | 8,100 | 0 | 16,709 | $62.52 | $1,044,461.97 | 619,118 |
| 10/27/15 | 246 | 0 | 0 | 0 | 246 | $0.00 | $0.00 | 618,872 |
| 11/6/15 | 35 | 0 | 0 | 0 | 35 | $0.00 | $0.00 | 618,837 |
| 2/12/16 | 0 | 0 | 9,945 | 0 | 9,945 | $65.80 | $654,404.87 | 686,317 |
| 5/24/16 | 0 | 0 | 20,000 | 0 | 20,000 | $82.74 | $1,654,800.00 | 666,317 |
| 5/25/16 | 0 | 0 | 5,000 | 0 | 5,000 | $83.70 | $418,500.00 | 661,317 |
| 8/12/16 | 234 | 0 | 0 | 0 | 234 | $0.00 | $0.00 | 661,083[5] |
| 12/9/16 | 3,000 | 0 | 0 | 0 | 3,000 | $0.00 | $0.00 | 1,280,274 |
| 2/10/17 | 0 | 15,565 | 0 | 0 | 15,565 | $49.86 | $776,070.90 | 1,264,709 |
| **Total Sales** | **3,515** | **24,174** | **49,945** | **0** | **77,634** | | **$4,977,962.84** | |
| **Total Sales, Excluding Withholding & Gift** | | | | | **49,945** | | **$3,666,288.17** | |
| **Class Period Transactions** | | | | | | | | |
| *Holdings At Beginning of Class Period* | | | | | | | | **1,365,134** |
| 5/5/17 | 38,892 | 0 | 0 | 30,000 | 68,892 | $36.83 | $1,657,530.00 | 1,296,242 |
| 5/19/17 | 0 | 37,094 | 0 | 0 | 37,094 | $53.48 | $1,983,601.65 | 1,259,148 |
| 6/7/17 | 82 | 0 | 0 | 0 | 82 | $0.00 | $0.00 | 1,259,066 |
| 11/28/17 | 0 | 0 | 15,000 | 0 | 15,000 | $61.81 | $927,121.50 | 1,244,066 |
| 11/29/17 | 2,000 | 0 | 1,390 | 0 | 3,390 | $31.33 | $87,090.03 | 1,240,676 |
| 11/30/17 | 0 | 0 | 3,610 | 0 | 3,610 | $62.74 | $226,504.04 | 1,237,066 |
| 12/5/17 | 0 | 68,324 | 0 | 0 | 68,324 | $62.01 | $4,236,771.24 | 1,168,742 |
| 2/8/18 | 51,441 | 0 | 0 | 0 | 51,441 | $0.00 | $0.00 | 1,168,742 |
| 2/9/18 | 0 | 13,886 | 0 | 0 | 13,886 | $60.11 | $834,687.46 | 1,154,856 |
| 2/14/18 | 0 | 0 | 0 | 6,800 | 6,800 | $64.02 | $435,308.12 | 1,244,496 |
| 2/15/18 | 0 | 0 | 0 | 8,200 | 8,200 | $64.84 | $531,653.56 | 1,236,296 |
| 2/21/18 | 0 | 0 | 0 | 5,000 | 5,000 | $66.55 | $332,770.50 | 1,231,296 |
| 5/24/18 | 0 | 0 | 0 | 10,000 | 10,000 | $64.06 | $640,579.00 | 1,221,296 |

[3] Indirect shares represent the shares held by Mr. Rajendra's spouse in a revocable trust.

[4] Total holdings include vested and unvested stock, stock-option awards, and restricted stock units. According to AOS's Definitive Proxy Statements on Schedules 14, the number of exercisable options and shares that Mr. Rajendra owned during the Control Period and Class Period were as follows: 429,437 as of December 31, 2014; 473,047 as of December 31, 2015; 1,012,319 as of December 31, 2016; 971,126 as of December 31, 2017; and 1,039,086 as of December 31, 2018.

[5] On October 5, 2016, AOS stock split 2:1, which doubled Mr. Rajendra's holdings and resulted in the price being halved.

| Date | Gift | Withholding /In Kind | Shares Sold | Indirect Shares Sold[3] | Total | Price | Proceeds | Total Holdings[4] |
|---|---|---|---|---|---|---|---|---|
| 5/25/18 | 0 | 0 | 0 | 2,600 | 2,600 | $64.60 | $167,960.00 | 1,218,696 |
| 5/30/18 | 0 | 0 | 0 | 7,400 | 7,400 | $64.62 | $478,187.26 | 1,211,296 |
| 2/8/19 | 15,614 | 14,284 | 0 | 0 | 29,898 | $48.72 | $695,916.48 | 1,197,012 |
| **Total Sales** | **108,029** | **133,588** | **20,000** | **70,000** | **331,617** | | **$13,235,680.84** | |
| **Total Sales, Excluding Withholding & Gift** | | | | | **90,000** | | **$5,570,408.01** | |
| *Holdings at End of Class Period* | | | | | | | | **1,351,991** |

49. The following chart lists dispositions of AOS stock made by Mr. Wheeler during the Control Period and during the Class Period, and his total AOS holdings on the date of each sale. All of this information is taken directly from the Forms 4 and proxy materials attached here as Exhibits 37-41, 44.

| Date | Gift | Withholding/ In Kind | Shares Sold | Total | Price | Proceeds | Total Holdings[6] |
|---|---|---|---|---|---|---|---|
| **Pre-Class Period Transactions** | | | | | | | |
| *Holdings At Beginning of Control Period* | | | | | | | **55,288** |
| 2/18/15 | 0 | 850 | 0 | 850 | $62.21 | $52,877.65 | 54,438 |
| 2/11/16 | 0 | 1,011 | 0 | 1,011 | $65.75 | $66,471.03 | 67,287 |
| 2/10/17 | 0 | 2,026 | 0 | 2,026 | $49.86 | $101,016.36 | 132,548[7] |
| **Total Sales** | **0** | **3,887** | **0** | **3,887** | | **$220,365.04** | |
| **Total Sales, Excluding Withholding & Gift** | | | | **0** | | **$0.00** | |
| **Class Period Transactions** | | | | | | | |
| *Holdings at Beginning of Class Period* | | | | | | | **151,038** |
| 5/4/17 | 0 | 0 | 13,600 | 13,600 | $54.39 | $739,708.08 | 137,438 |
| 12/5/17 | 0 | 16,707 | 0 | 16,707 | $62.01 | $1,036,001.07 | 120,731 |
| 12/6/17 | 0 | 0 | 13,293 | 13,293 | $61.49 | $817,405.18 | 107,438 |

---

[6] Total holdings include vested and unvested stock, stock-option awards, and restricted stock units. According to AOS's Definitive Proxy Statements on Schedules 14, the number of exercisable options and shares that Mr. Wheeler owned during the Control Period and Class Period were as follows: 25,382 as of December 31, 2014; 35,528 as of December 31, 2015; 92,928 as of December 31, 2016; 80,179 as of December 31, 2017; and 106,647 as of December 31, 2018.

[7] On October 5, 2016, AOS stock was split 2:1, which doubled Mr. Wheeler's holdings and resulted in the price being halved.

| Date | Gift | Withholding/ In Kind | Shares Sold | Total | Price | Proceeds | Total Holdings[6] |
|---|---|---|---|---|---|---|---|
| 2/9/18 | 0 | 2,165 | 0 | 2,165 | $60.11 | $130,138.15 | 113,896 |
| 2/8/19 | 0 | 2,612 | 0 | 2,612 | $48.72 | $127,256.64 | 162,408 |
| **Total Sales** | **0** | **21,484** | **26,893** | **48,377** | | **$2,850,509.12** | |
| **Total Sales, Excluding Withholding & Gift** | | | | **26,893** | | **$1,557,113.26** | |
| *Holdings at End of Class Period* | | | | | | | **259,008** |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of January, 2020 in Chicago, Illinois.

_____
Kathryn K. George