# EXHIBIT 2

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 1 of 59     Document 25-2



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 2 of 59     Document 25-2

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 3 of 59   Document 25-2

# Forward Looking Statements



This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally can be identified by the use of words such as  "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation. Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further slowdown in the growth rate of the Chinese economy or a decline in the growth rate of consumer spending in China; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; uncertain costs, savings and timeframes associated with our new enterprise resources planning system; foreign currency fluctuations; ability to execute our acquisition strategy; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; and adverse developments in general economic, political and business conditions in the key regions of the world.   Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances.  All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC.  Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .

2

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 4 of 59    Document 25-2

# Investment Case

- Manufacturer of residential and commercial water heaters, boilers and water treatment products

- Market share leader in major businesses

- Stable/growing North American replacement market; operating leverage as new construction recovers

- Strong balance sheet and cash flow to support future growth & share repurchase

- Strength of our premium brand, distribution, manufacturing and innovation provide clear market advantage in China

- Organic growth of 8 percent (in local currency) for next several years

AOS
LISTED
NYSE

3

# Sales & Adjusted Operating Margin*



Note: 2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items

Legend: ■ Sales ◆ Adj EBIT Margin

10% CAGR

Years: 2010, 2011, 2012, 2013, 2014, 2015, 2016

Sales axis (Sales in millions): $0, $500, $1,000, $1,500, $2,000, $2,500, $3,000

Margin axis: 0%, 5%, 10%, 15%, 20%, 25%

\* excludes corporate expenses

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 5 of 59    Document 25-2



# Adjusted EBITDA Growth

**Adjusted EBITDA**
2010   10.6% of Sales
2017*  20.1% of Sales

21% CAGR

| Year | Adjusted EBITDA |
|------|-----------------|
| 2010 | $158 |
| 2011 | $197 |
| 2012 | $270 |
| 2013 | $333 |
| 2014 | $374 |
| 2015 | $473 |
| 2016 | $535 |
| 2017* | $588 |

$600
$500
$400
$300
$200
$100
$0

Note: 2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items

* Analyst consensus

As of February 14, 2017

5







# Segment Revenue

## NA
- Water heaters growing
- Lochinvar growing at least 8%

**North America 65%**

**Rest of World 35%**

2016 full year

## ROW
- China/India = 94%
- Europe/Middle East = 6%



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 8 of 59     Document 25-2



# U.S. Water Heater Market Segment

## Residential Market

AHRI data + tankless: AOS actual shipments and AOS estimates of competitors' shipments

2015 market share data





# U.S. Residential Water Heater Market Segment

**Retail**

*Retail channel is "~50%" of the market*

**Wholesale**

Large Regional Distributors

*Wholesale channel is "~50%" of the market*

*A. O. Smith's Customers*

**2016 – 8.7 mm Units (including tankless)**

9

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 10 of 59    Document 25-2

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 11 of 59   Document 25-2

# Water Heaters
## Strong Replacement Sales



### North American Residential Water Heaters

Peak housing starts: 2.1 million

Replacement    New Construction

*Note:  Includes tankless*



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 12 of 59    Document 25-2

# U.S. Water Heater Market Segment



## Commercial Market*



AHRI data:
AOS actual shipments and AOS estimates of competitors' shipments

2015 market share data

* Commercial water heater segment as defined by AHRI, total 2016 commercial units as reported by AHRI = 224,370 units





# Energy Efficient Cyclone

- Game changing energy efficient commercial product launched in 1997 and recently upgraded

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents 24% of AOS commercial units

**Innovation, training and 24/7 National account customer service drive market leadership**





U.S. Commercial Gas Market:
Energy Efficient Units more than Doubled in
Six Years to 45 percent of units sold in 2016

**Commercial Gas Industry Units**

- 2016: 43,950 units
- 2009: 19,000 units

Y-axis: 100,000 / 80,000 / 60,000 / 40,000 / 20,000 / -

X-axis: 2009 / 2010 / 2011 / 2012 / 2013 / 2014 / 2015 / 2016

Legend: <90% Efficiency    >90% Efficiency

Source: AHRI Industry Data

13

# Lochinvar End Markets



   



**Hydronic Space Heating 49%**

**Water Heating 42%**

**Parts/Other 9%**

2/3 commercial end markets; 1/3 residential end markets

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 15 of 59    Document 25-2

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 16 of 59   Document 25-2



# Trend to Higher Efficiency, Condensing Boilers – 43 percent of units sold in 2015

## North American Commercial Boiler Volume (Units)

Actual — Forecast

Legend: ■ Non-Condensing Commercial Boilers  ■ Condensing Commercial Boilers

**Source: BRG Building Solutions**

15



# Lochinvar Branded Sales Dollars Condensing vs. Non-Condensing*



**2016**

83%
Condensing

Non-Condensing

17%

**2004**

Condensing

8%

92%
Non-Condensing

*Residential Boilers, Commercial Boilers & Commercial Water Heaters

16



# China now 32% of Sales & Growing

**China sales have grown 22% (CAGR) over the last 10 years**

■ China

US$ millions — 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 19 of 59    Document 25-2

# AOS China Built on:

- Premium Brand

- Extensive Distribution and Service Network

- Innovative New Products & World Class Manufacturing

- Local Management Team and Organizational Development

Nanjing



18



# Ten-Year + Market Share Trend



Leading residential brands measured in currency; Tier One Market: GFK - CMM data sampling several thousand largest retail stores, December 2016




# Market Share by Price Category

## Gas Market Share

Legend: Others, Haier, Ariston, Wanhe, Macro, Sakura, Noritz, Rinnai, A.O.Smith

Value Market Share (80.00%, 70.00%, 60.00%, 50.00%, 40.00%, 30.00%, 20.00%, 10.00%, 0.00%)

Retail Price(USD): >=400, 300-400, 200-300, <200

## Electric Market Share

Legend: Others, Siemens, Ariston, Midea, Haier, A.O.Smith

Value Market Share (50.00%, 45.00%, 40.00%, 35.00%, 30.00%, 25.00%, 20.00%, 15.00%, 10.00%, 5.00%, 0.00%)

Retail Price(USD): >=400, 300-400, 200-300, <200

Data Source :CMM Retail Survey  December 2016-150 Best Selling Models



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 22 of 59   Document 25-2

# Broad Distribution Channel



- Over 9,000 outlets in China
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities

**Percentage of Sales**



- Regional Stores
- AOS Specialty Stores
- Suning/Guomei
- E-Commerce



21



Product Line developed in China

Gas & Electric Commercial

Air Purifier

Water Purifier

Gas Tankless

Wall-hung Electric

Residential & Commercial Heat Pump

Pressurized Solar

Combi Boiler





# Professional Team of Local Management



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 25 of 59    Document 25-2

# Mega Trends - China



## Significant growth in AOS target demographic



Number of urban households by annual household income

Million households, percent

CAGR 2000-2020E, %

| | 2000 | 2010 | 2020E | | CAGR |
|---|---|---|---|---|---|
| 100% = | 147 | 226 | 328 | | |
| Affluent (more than $34,000) | 1 | 2 | 6 | | 20.4 |
| | 0 | 6 | | 4.1 | |
| Mainstream ($16,000 to $34,000) | 63 | 82 | 51 | | 26.6 |
| Value ($6,000 to $16,000) | 36 | | 36 | | 1.2 |
| Poor (less than $6,000) | | 10 | 7 | | -3.8 |

A. O. Smith customer demographic continues to grow rapidly

2010: 18 mm households

2020: 180 mm households

**Growth of 10 times during this decade**

Source: McKinsey Insights China – April 2012





# China Consumers Prefer Foreign Brands



**Brand preference by segment**

Percent of respondents who prefer foreign brands versus Chinese brands

SOURCE: McKinsey Annual Chinese Consumer Survey (2012)

Case 2:19-cv-01198-LA Filed 01/24/20 Page 27 of 59 Document 25-2

# A. O. Smith Branded Water Treatment Systems

**A**O**Smith**

- Leverage the A. O. Smith brand in our existing water heater channels

  - Over 6,500  retail stores

- Reverse osmosis  main focus
- Product development focused at customer needs and technical improvements
- Fast growing, highly fragmented market

  - Industry studies we have seen indicate over 30% CAGR during next five years

## China Water Treatment Market



Data: CMM

26

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 28 of 59    Document 25-2

# Different Water Treatment Technologies



Rust  Removal

Pore Size 5000 nm

Sediment & Colloids

Pore Size 1000 nm

Bacterium & Organics

Pore Size 50 nm

Heavy Metals, Virus & Salts

Pore Size 0.2 nm

Carbon → **Active Carbon** - improves taste (for good incoming water areas as in the US and Europe)

MF → **Micro-Filtration** - removes sediment and colloids (can correct basic water pollution problem)

UF → **Ultra-Filtration** - removes bacterium, large organics and other pollutants resulting from water transport)

RO → **Reverse Osmosis** - the ultimate filtration technology; removes nearly all substances, particularly most heavy metals prevalent in China and India water supply



27



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 29 of 59    Document 25-2

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 30 of 59    Document 25-2

# Side Stream Membrane Technology





- Unique patented design

- Increases RO membrane life - industry leading three year life

- Reduces waste water up to 50 percent  - 1 gallon clean to 1 gallon waste

- Provides market place differentiation

29

Case 2:19-cv-01198-LA  Filed 01/24/20  Page 31 of 59  Document 25-2

# Tankless water treatment – enabled by side-stream membrane technology



- **Provides immediate freshwater**

- **Minimizes risk of post RO membrane contamination**
  - No storage tank needed

- **Leverages membrane rolling capabilities to produce hi-flow RO products**
  - Constant flow rates up to 0.9 gallons per minute



A. O. Smith Branded Water Treatment Sales





# Major Brands CMM Market Share By Value Water Purifier

A.O.Smith
Midea
Qinyuan
Angel
Litree
3M
Haier
Echowater

Data Source: CMM-GFK   November -2015



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 33 of 59   Document 25-2

# Air purifiers - the market need is clearly visible



PM 2.5

45

PM 2.5

453



Bird's Nest – Beijing: a healthy day (left) and a very unhealthy day (right)



# China Air Purifier Market Growth Opportunity
### Unit sales per 1000 Urban Households for China and its neighbors

**Annual Air Purifier Sales Volume (units per 1000 Urban households)**

Projection by Euromonitor

3.4% household penetration overall; 14% penetration in top 23 ('first tier') cities

Legend: China, Japan, South Korea, Taiwan, Singapore

Y-axis (Unit Sales per 1000 urban households): 80.0, 70.0, 60.0, 50.0, 40.0, 30.0, 20.0, 10.0, 0.0

X-axis: 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019

Source: Euromonitor, January 2015;
Note: For calculating penetration rate for China: assumed no replacement in the period

China's air pollution may drive urban penetration closer to Japanese levels



33



# China Mega Trends Driving Growth

Internet

Middle and affluent class trade up and value foreign brands

Middle and affluent classes are growing

Urbanization in China projected to drive 29% of all global growth!

- We are positioned to reach consumers using the internet

- A. O. Smith is a strong foreign brand

- Our Premium Consumer brand is positioned for the middle and affluent classes

- A. O. Smith has manufacturing capacity and channel footprint to capitalize



34

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 35 of 59     Document 25-2





Case 2:19-cv-01198-LA   Filed 01/24/20   Page 37 of 59   Document 25-2

# Building Distribution



Headquarters and Manufacturing (Bengaluru)

Major Distribution Locations

- A cities (pop >1.5 mm) Distribution in all 23 Class
- Class B cities (pop .5 to 1.5 mm) Distribution in 61 of 67
- Class C cities  (pop .1 to .5 mm) Distribution  314 of 400

Ludhiana
New Delhi
Jaipur
Agra
Kanpur  Lucknow
Guwahati
Patna
Ahmedabad
Bhopal
Indore
Surat
Kolkata
Nagpur
Nashik
Mumbai
Pune
Visakhapatnam
Hyderabad
Bangalore
Chennai
Coimbatore

## National Retailers

## Regional Retailers



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 38 of 59    Document 25-2

# Business Model In India Similar to China



- Attractive Growth Demographics

- Leveraging Global Capabilities with Products Designed for the Indian Market

- Building Brand & Expanding our Distribution

- Introducing New Product Categories with Water Treatment

- Local Management



Fit it & Forget it

The water heater that gets noticed but doesn't ask for attention

KNOW MORE

**We are committed to India for the Long term opportunity...**

37





# Growth Strategy: Acquisitions

**Geographic Growth**
- China
- India
- High Growth GDP markets

**Geography**

**Expand/ Grow the Core**
- New Products & New Technologies
  - Water Heating
  - Water Treatment

**Core**

**Adjacencies**
- Water-themed platforms for growth
- New technologies beyond water for China

**Adjacencies**

39



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 41 of 59    Document 25-2

# Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year

**AOS LISTED NYSE**



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 42 of 59   Document 25-2

# A. O. Smith's Capital Allocation Options



- Organic growth (capital expenditures)
- Acquisitions
  - $431 million net cash
  - 18 percent leverage ratio (debt/total capital)
- Return cash to shareholders: $230 to $300 million projected in 2017
  - Dividends
    - Increased 17 percent in first quarter 2017
  - Share repurchase
    - Expect to repurchase approximately $135 million* in 2017 on a 10b5-1 plan with the option to repurchase an additional $60 to 65 million opportunistically

*subject to price, alternative investments and working capital requirements

41

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 43 of 59   Document 25-2

# Aquasana Acquisition Highlights



- **$87 million purchase price**
  - Two times sales
  - Expect to return our cost of capital by 2019
- **Access to ~$2 billion U.S. residential water treatment market**
  - Fragmented
  - No clear leader
- **Aquasana revenue CAGR ~17 percent last three years**
  - Leader in direct-to-consumer
  - Premium brand
- **$25 to $30 million in revenue synergies in three years**
  - Product cross selling: China to U.S. and U.S. to China
- **Replacement filters ~ 35 percent of revenues**



## Clearly fits our strategy

42



# Growth Strategy: Organic Growth

- **China:** 32% of sales growing 15% in local currency
  - 4.8%

- **Lochinvar brands:** 11% of sales growing 8%
  - .9%

- **NA water heaters:** 57% of sales growing 4%
  - 2.3%

- **Total annual sales growth**
  - 8.0%

43





# China Growth Model

Water Heater Market Growth

Approx 15% growth in local currency

Market Share Gains & Average Selling Price Increases

Fast Growing Ancillary Products



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 46 of 59   Document 25-2

# Growth and Stability

**A·O·Smith**

## Offense

- Organic growth of 8%
  - China growing approximately 15 percent in local currency
  - Lochinvar branded products growing at least 8%
- Call option on NA new construction
- Significant cash and borrowing capacity for "value creating" acquisitions and share buyback

## Defense

- NA water heaters and boilers ~85% replacement
- Market share leader in NA, China and path to become leader in India
- Strong balance sheet; net cash position approximately $430 million
- Small exposure to Europe ($50 million in revenues)



45

# Investor Contact

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 47 of 59    Document 25-2

## Patricia Ackerman

**Vice President, Investor Relations and Treasurer**

Direct: 414-359-4130
Email:  packerman@aosmith.com



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 49 of 59   Document 25-2

# Full Year Results



| ($ in millions) | 2016 | 2015 | change | % chg. |
|---|---|---|---|---|
| Sales | $2,685.9 | $ 2,536.5 | $ 149.4 | 6% |
| Net Earnings | $   326.5 | $   282.9 | $   43.6 | 15% |
| Earnings per Share | $     1.85 | $     1.58 | $   0.27 | 17% |



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 50 of 59    Document 25-2

# Full Year Sales



| ($ in millions) | 2016 | 2015 | change | % chg. |
|---|---|---|---|---|
| North America | $ 1,743.2 | $ 1,703.0 | $ 40.2 | 2% |
| Rest of World | 965.6 | 866.1 | $ 99.5 | 11% |
| Intersegment | (22.9) | (32.6) | $ 9.7 | |
| Total | $ 2,685.9 | $ 2,536.5 | $ 149.4 | 6% |

49

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 51 of 59   Document 25-2

# Full Year Earnings



| ($ in millions, except percentages) | 2016 | 2015 | change | % chg. |
|---|---|---|---|---|
| North America | $ 385.9 | $ 339.9 | $ 46.0 | 14% |
| Rest of World | 129.1 | 113.0 | 16.1 | 14% |
| Total Operating | 515.0 | 452.9 | 62.1 | 14% |
| | | | | |
| Corporate | (45.2) | (43.0) | (2.2) | -5% |
| Interest Expense | (7.3) | (7.4) | 0.1 | 1% |
| Pre-tax Earnings | 462.5 | 402.5 | 60.0 | 15% |
| Income Tax Expense | (136.0) | (119.6) | (16.4) | -14% |
| Earnings | $ 326.5 | $ 282.9 | $ 43.6 | 15% |
| Operating Margin | | | | |
| North America | 22.1% | 20.0% | | |
| Rest of World | 13.4% | 13.0% | | |

50

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 52 of 59    Document 25-2

# Cash Flow from Operations



**($ in millions)**

### Highlights

▶ Operating cash flow of $447 million

▶ Debt to capital ratio of 18%

▶ Cash balance: $755 million

▶ Net cash position: $431 million

▶ Acquisitions: approximately $91 million

▶ Voluntary contribution to pension plan of $30 million

▶ Stock repurchase: 3.3 million shares totaling $135 million

Chart:
- 2016: 447
- 2015: 352

(Y-axis: 100, 150, 200, 250, 300, 350, 400, 450)

51



# 2017 EPS Guidance and 2016 EPS

**Diluted EPS**

2017 Guidance
$1.98 to $2.08

2016
$1.85

| Year | Diluted EPS |
|---|---|
| 2009 | $0.34 |
| 2010 | $0.43 |
| 2011 | $0.54 |
| 2012 | $0.78 |
| 2013 | $1.03 |
| 2014 | $1.22 |
| 2015 | $1.58 |
| 2016 | $1.85 |
| 2017 midpoint | $2.03 |

Note: 2009 through 2014 are adjusted EPS and all years are adjusted for 2 for 1 stock split

As of February 2, 2017

52



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 54 of 59    Document 25-2

# 2017 Assumptions



| ($ in millions) | 2017 Projections |
| --- | --- |
| Operating Cash Flow | approx $350 |
| Capital Expenditures | $90 to $100 |
| Depreciation and Amortization | approx $70 |
| Expenses related to ERP Implementation | approx $17.5 |
| Corporate/Other Expense | approx $47 |
| Effective Tax Rate | between 29.40 and 29.7% |
| Net Imports to the U.S. | approx $75 |
| Percentage of total profits in the U.S. | between 60 and 65% |
| Stock Repurchase | approx $135 * |
| Share Count - Diluted | approx 174 million |

*subject to acquisitions, cash flow and working capital needs

As of February 2, 2017

53

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 55 of 59    Document 25-2

# 2017 Outlook



► Revenue growth between 9.50 to 11 percent in local currency terms; 8 to 9.50 percent in USD

- Aquasana sales incrementally add nearly $40 million
- Depreciation assumed for the CNY against the USD, resulting in five percent headwind to average rate in 2016
- Steel prices remain volatile

► North America

- U.S. residential water heater volumes increase approximately 200,000 units; U.S. commercial volumes up modestly
- Lochinvar-branded product sales growth of over 8 percent
- Operating margin expected to be between 21.50 and 22.25 percent

► Rest of World

- China 15 percent local currency sales growth
- Smaller losses in India than in 2016
- Approaching breakeven of air purification products
- Operating margin at least 14 percent

54

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 56 of 59    Document 25-2

# Corporate Responsibility and Sustainability – Aligns with our Values



A. O. Smith will preserve its good name



Ethics and Compliance

**Fundamentals for Success**

Social Contribution

Diverse & Safe Workforce

A. O. Smith will be a good place to work

A. O. Smith will be a good citizen

Environmental Impacts

Product Responsibility

A. O. Smith will emphasize innovation





55



# Products – Efficiency, Conservation and Innovation

## Conservation

- Our patented Reverse Osmosis (RO) membrane wastes 50 percent less water than traditional RO and represents over 90 percent of A. O. Smith branded water treatment sales



## Energy Efficiency

- We believe our global product portfolio is the most efficient in the industry
- Our electric residential water heaters achieve efficiency factors of .95 or above
- Our highly efficient Cyclone condensing commercial water heaters represent 24% of commercial units sold
- 83 percent of Lochinvar branded boilers achieve over 90 percent thermal efficiency
- 55 percent of our China products exceed government efficiency standards

56

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 58 of 59    Document 25-2

## Manufacturing Plants – Reducing Energy Usage, Water Consumption and Environmental Impacts



- Chairman's Green Star award established in 2009– annual competition given to the plant which demonstrates the largest social, economic and environmental benefit over a three year period



- Johnson City, TN  - plant certified Leadership in Energy and Environmental Design (LEED) Silver since 2011 and certified Energy Star ®

- Ashland City, TN  - largest water heater plant in the world – reduced electricity usage by 9 percent as a result of a plant-wide lighting project in 2011 and reduced water usage by 36 percent as a result of an enhanced parts washing process implemented in 2014



- Nanjing, China – implemented an innovative pre-treatment process as an alternative to phosphorus pre-treating, reducing chemical discharges and improving corrosion resistance of our water heater tanks



57




## People – Doing Business Safely, with Integrity and Supporting Communities



- Established in 1954, the President's Safety Award annually recognizes the plant with best record for workplace safety

- Established in 1955, the A. O. Smith Foundation supports our communities

- Guiding Principles established in 1999 describes our code of conduct and values

- Values Recognition Program established in 1995 recognizes employee contributions to community involvement

58