# EXHIBIT 8

# Summer 2017 Analyst Presentation



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 2 of 58    Document 25-8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 3 of 58   Document 25-8

# Forward Looking Statements

This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally can be identified by the use of words such as  "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation.   Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further slowdown in the growth rate of the Chinese economy or a decline in the growth rate of consumer spending in China; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; foreign currency fluctuations; inability to successfully integrate or achieve our strategic objectives resulting from future acquisitions; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; and adverse developments in general economic, political and business conditions in the key regions of the world.   Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances.  All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC.  Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .

2

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 4 of 58   Document 25-8

# Investment Case

- Manufacturer of residential and commercial water heaters, boilers and water treatment products
- Market share leader in major businesses
- Stable/growing North American replacement market; operating leverage as new construction recovers
- Strong balance sheet and cash flow to support future growth & share repurchase
- Strength of our premium brand, distribution, manufacturing and innovation provide clear market advantage in China
- Organic growth of 8 percent (in local currency) for next several years

**AOS**
**LISTED**
**NYSE**

3

Case 2:19-cv-01198-LA   Filed 04/24/20   Page 5 of 58   Document 25-8

# Sales & Adjusted Operating Margin*

**NOTE**

2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items

* excludes corporate expenses





Case 2:19-cv-01198-LA    Filed 01/24/20    Page 7 of 58    Document 25-8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 8 of 58   Document 25-8

# Segment Revenue

**NA**
- Water heaters growing
- Lochinvar brands growing at least 8%

**ROW**
- China/India = 94%
- Europe/Middle East = 6%

North America 65%

Rest of World 35%

2016 full year











Case 2:19-cv-01198-LA    Filed 01/24/20    Page 9 of 58    Document 25-8

# U.S. Water Heater Market Segment

## Residential Market



AHRI data + tankless: AOS actual shipments and AOS estimates of competitors' shipments

*2016 market share data*

8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 10 of 58   Document 25-8

# U.S. Residential Water Heater Market Segment



*Wholesale channel is "~50%" of the market*

*Retail channel is "~50%" of the market*

A. O. Smith's Customers

Case 2:19-cv-01198-ER    Filed 01/24/20    Page 11 of 58    Document 25-8



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 12 of 58   Document 25-8

# U.S. Water Heater Market Segment

## Commercial Gas Market*

*2016 market share data*



**AHRI data:**

AOS actual shipments and AOS estimate of competitors' shipments

*Commercial gas water heater segment as defined by AHRI, total 2016 commercial units as reported by AHRI = 97,000 units

11

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 13 of 58    Document 25-8

## Energy Efficient Cyclone



- Game changing energy efficient commercial product launched in 1997 and recently upgraded

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents 47% of AOS commercial water heater revenues

Innovation, training and 24/7 National account customer service drive market leadership

12



Case 2:19-cv-01198-LA Filed 01/24/20 Commercial Gas Industry Hits Page 14 of 58 Document 25-8






# Lochinvar End Markets

Hydronic Space Heating 49%

Parts/Other 9%

Water Heating 42%

2/3 commercial end markets; 1/3 residential end markets

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 15 of 58     Document 25-8

14



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 17 of 58    Document 25-8



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 18 of 58    Document 25-8

# China now 33% of Sales & Growing



China sales have grown 22% (CAGR) over the last 10 years

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 19 of 58   Document 25-8

# AOS China Built on:



- Premium Brand
- Extensive Distribution and Service Network
- Innovative New Products & World Class Manufacturing
- Local Management Team and Organizational Development

Nanjing

18



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 20 of 58    Document 25-8

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 21 of 58    Document 25-8

# Market Share by Price Category



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 22 of 58   Document 25-8

# Broad Distribution Channel

- Over 9,000 outlets in China
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities

**Percentage of Sales**

| Year | E-Commerce | Suning/Guomei | AOS Specialty Stores | Regional Stores |
|------|-----------|---------------|----------------------|-----------------|
| 2007 | | 54% | 10% | 36% |
| 2010 | | 45% | 22% | 33% |
| 2012 | 1% | 38% | 26% | 35% |
| 2013 | 3% | 37% | 25% | 35% |
| 2014 | 8% | 31% | 25% | 36% |
| 2015 | 18% | 30% | 29% | 23% |
| 2016 | 23% | 26% | 30% | 21% |

- Regional Stores
- AOS Specialty Stores
- Suning/Guomei
- E-Commerce



21

# Product Line developed in China

- Gas & Electric Commercial
- Air Purifier
- Water Purifier
- Gas Tankless
- Wall-hung Electric
- Combi Boiler
- Pressurized Solar
- Residential & CommercialHeat Pump

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 23 of 58    Document 25-8

22

# Professional Team of Local Management



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 24 of 58    Document 25-8

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 25 of 58    Document 25-8

# Mega Trends - China



## Significant growth in AOS target demographic



Number of urban households by annual household income

Source: McKinsey Insights China – April 2012

**A. O. Smith customer demographic continues to grow rapidly**

**Growth of 10 times during this decade**
- 2010: 18 mm households
- 2020: 180 mm households

24

# China Consumers Prefer Foreign Brands

**Brand preference by segment**

Percent of respondents who prefer foreign brands versus Chinese brands

| Age | | Personal digital gadgets | Household electrical appliance | Personal care products | Household care products | Food & Beverages |
|---|---|---|---|---|---|---|
| Older (35-65 years) | Lower | 47 | 46 | 28 | 25 | 18 |
| Older (35-65 years) | Higher | 60 | 59 | 43 | 39 | 30 |
| Younger (18-34 years) | Lower | 67 | 60 | 43 | 34 | 29 |
| Younger (18-34 years) | Higher | 73 | 70 | 64 | 53 | 40 |

**Lower: Annual income <$20,000 / year**          **Higher: Annual income >= $20,000 / year**

**Household Income**

*SOURCE:  McKinsey Annual Chinese Consumer Survey (2012)*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 27 of 58    Document 25-8





Case 2:19-cv-01198-LA Filed 01/24/20 Page 29 of 58 Document 25-8

# Side Stream Membrane Technology



- Unique patented design

- Increases RO membrane life - industry leading three year life

- Reduces waste water up to 50 percent  - 1 gallon clean to 1 gallon waste

- Provides market place differentiation

28

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 30 of 58    Document 25-8

## Tankless water treatment – enabled by side-stream membrane technology

- Provides immediate freshwater
- Minimizes risk of post RO membrane contamination
  - No storage tank needed
- Leverages membrane rolling capabilities to produce hi-flow RO products
  - Constant flow rates up to 0.9 gallons per minute





A. O. Smith Branded Water Treatment Sales

29



# Major Brands CMM Market Share By Value Water Purifier

Data Source: CMM-GFK   December -2016

Case 2:19-cv-01198-LA   Filed 01/29/20   Page 31 of 58   Document 25-8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 32 of 58   Document 25-8

# Air purifiers - the market need is clearly visible



Bird's Nest – Beijing:

PM 2.5
45

PM 2.5
453

A healthy day

A very unhealthy day

31

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 33 of 58    Document 25-8

# China Air Purifier Market Growth Opportunity
## Unit sales per 1000 <u>Urban</u> Households for China and its neighbors



**Annual Air Purifier Sales Volume**
**(units per 1000 Urban households)**

Projection by Euromonitor

China's air pollution may drive urban penetration closer to Japanese levels

6% household penetration overall;
21% penetration in top 23 ('first tier') cities

Source:   Euromonitor, January 2016;
Note:       For calculating penetration rate for China: assumed no replacement in the period

32



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 34 of 58     Document 25-8

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 35 of 58    Document 25-8

# Mega Trends - India

## Significant growth in AOS target demographic

Millions of households, percent, 2000 prices

A. O. Smith target demographic: upper middle class

| Income segment | |
| --- | --- |
| Rupees thousand | |
| Globals | >1,000 |
| Strivers | 500–1,000 |
| Seekers | 200–500 |
| Aspirers | 90–200 |
| Deprived | <90 |

| 100% = | 189 | 222 | 273 | 322 |
| --- | --- | --- | --- | --- |
| Globals | 1 | 1 | 3 | 7 |
| Strivers | 4 | 2 | 6 | 17 |
| Seekers | 31 | 12 | 25 | 29 |
| Aspirers | 64 | 34 | 40 | 32 |
| (Aspirers cont.) | | 50 | 26 | 15 |
| Year | 2000 | 2008 | 2020 | 2030 |

SOURCE: India Urbanization Econometric Model Updated 2010

34

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 36 of 58   Document 25-8

# Building Distribution

- A cities (pop >1.5 Mn) Distribution in 25 out of 25 cities
- B Class cities (pop .5 to 1.5) Mn) Distribution in 63 of 68
- Class C cities  (pop .1 to .5 Mn) Distribution  316 of 400

Headquarters and Manufacturing (Bengaluru)

Major Distribution Locations

## NATIONAL RETAILERS

Reliance digital

METRO — Partner for Professionals

ezone online.in — TOGETHER. FOREVER.

croma — The Electronics Megastore

Auchan

## REGIONAL RETAILERS

VALUEPLUS — Plug into great experience !

Pai INTERNATIONAL

vijay sales

ADISHWAR

Viveks — THE UNLIMITED SHOP

35

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 37 of 58   Document 25-8

## Business Model In India Similar to China

- Attractive Growth Demographics
- Leveraging Global Capabilities with Products Designed for the Indian Market
- Building Brand & Expanding our Distribution
- Introducing New Product Categories with Water Treatment
- Local Management





We are committed for the long term opportunity

36

# Acquisition Strategy

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 39 of 58   Document 25-8

# Growth Strategy: Acquisitions

**Geographic Growth**
- China
- India
- High Growth GDP markets

**Expand/ Grow the Core**
- New Products & New Technologies
  - Water Heating
  - Water Treatment

**Adjacencies**
- Water-themed platforms for growth
- New technologies beyond water for China

Geography

Core

Adjacencies

38

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 40 of 58   Document 25-8

## Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year

**AOS**
**LISTED**
**NYSE**

39

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 41 of 58   Document 25-8

# A. O. Smith's Capital Allocation Options

- Organic growth (capital expenditures)
- Acquisitions
  - $366 million net cash
  - 19 percent leverage ratio (debt/total capital)
- Return cash to shareholders: $230 to $300 million projected in 2017
  - Dividends
    - Increased 17 percent in first quarter 2017
  - Share repurchase
    - Expect to repurchase approximately $135 million* in 2017 on a 10b5-1 plan with the option to repurchase up to $65 million opportunistically

* subject to price, alternative investments and working capital requirements

40

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 42 of 58   Document 25-8

# Aquasana Acquisition Highlights



- **$87 million purchase price**
  - Two times sales
  - Expect to return our cost of capital by 2019
- **Access to ~$2 billion U.S. residential water treatment market**
  - Fragmented
  - No clear leader
- **Aquasana revenue CAGR ~17 percent last three years**
  - Leader in direct-to-consumer
  - Premium brand
- **$25 to $30 million in revenue synergies in three years**
  - Product cross selling: China to U.S. and U.S. to China
- **Replacement filters ~ 35 percent of revenues**



Clearly fits our strategy

41



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 43 of 58     Document 25-8

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 44 of 58    Document 25-8

# China Growth Model



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 45 of 58   Document 25-8

# Growth and Stability

## Offense

- Organic growth of 8%
  - China growing approximately 15 percent in local currency
  - Lochinvar branded products growing at least 8%
- Call option on NA new construction
- Significant cash and borrowing capacity for "value creating" acquisitions and share buyback

## Defense

- NA water heaters and boilers ~85% replacement
- Market share leader in NA, China
- Strong balance sheet; net cash position approximately $366 million
- Small exposure to Europe ($50 million in revenues)

44

# INVESTOR CONTACT

## Patricia Ackerman
**Vice President, Investor Relations and Treasurer**

Direct: 414-359-4130
Email: packerman@aosmith.com

# APPENDIX

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 48 of 58   Document 25-8

## Second Quarter Results

**$ in millions**

| | 2017 | 2016 | change | % chg. |
|---|---|---|---|---|
| Sales | $738.2 | $667.0 | $ 71.2 | 11% |
| Net Earnings | $ 92.4 | $ 87.1 | $ 5.3 | 6% |
| Earnings per Share | $ 0.53 | $ 0.49 | $ 0.04 | 8% |

47

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 49 of 58    Document 25-8

## Second Quarter Sales

| $ in millions | 2017 | 2016 | change | % chg. |
|---|---|---|---|---|
| North America | $ 470.7 | $ 432.8 | $ 37.9 | 9% |
| Rest of World | 272.8 | 239.8 | $ 33.0 | 14% |
| Intersegment | (5.3) | (5.6) | $ 0.3 | |
| Total | $ 738.2 | $ 667.0 | $ 71.2 | 11% |

48

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 50 of 58   Document 25-8



# Second Quarter Earnings

| $ in millions, except percentages | 2017 | 2016 | change | % chg. |
|---|---|---|---|---|
| North America | $ 109.2 | $ 104.2 | $ 5.0 | 5% |
| Rest of World | 32.5 | 33.0 | (0.5) | -2% |
| Inter-segment | (0.1) | - | (0.1) | |
| Total Segment Earnings | 141.6 | 137.2 | 4.4 | 3% |
| | | | | |
| Corporate | (11.1) | (11.2) | 0.1 | 1% |
| Interest Expense | (2.5) | (1.9) | (0.6) | -32% |
| Pre-tax Earnings | 128.0 | 124.1 | 3.9 | 3% |
| Income Tax Expense | (35.6) | (37.0) | 1.4 | 4% |
| Earnings | $ 92.4 | $ 87.1 | $ 5.3 | 6% |
| Segment Margin | | | | |
| North America | 23.2% | 24.1% | | |
| Rest of World | 11.9% | 13.8% | | |

49

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 51 of 58   Document 25-8

# Cash Flow from Operations

($ in millions)

## Highlights

- Operating cash provided by operations of $73 million

- Debt to capital ratio of 19%

- Cash balance: $741 million

- Net cash position: $366 million

- Stock repurchase: 1.3 million shares totaling approximately $66 million

50



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 53 of 58    Document 25-8

## 2017 Assumptions

| ($ in millions) | 2017 Projections |
|---|---|
| Operating Cash Flow | approx $375 |
| Capital Expenditures | approx $100 |
| Depreciation and Amortization | approx $70 |
| Expenses related to ERP Implementation | approx $19 |
| Corporate/Other Expense | approx $48 |
| Effective Tax Rate | approx 28.5% |
| Stock Repurchase | approx $135 * |
| Share Count - Diluted | approx 174.5 million |

*subject to acquisitions, cash flow and working capital needs

*As of July 26, 2017*

52

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 54 of 58    Document 25-8



# 2017 Outlook

- Revenue growth between 11.5 and 12.5 percent in local currency terms; 10 to 11 percent in USD
  - Aquasana sales incrementally add nearly $40 million
  - Depreciation assumed for the RMB against the USD, resulting in 4 percent headwind to average rate in 2016
- North America
  - U.S. residential water heater industry volumes increase approximately 300,000 units; U.S. commercial water heater industry volumes up five to seven percent
  - Lochinvar-branded product sales growth of 8 percent
  - Price increase of approximately four percent on majority of U. S. water heaters, effective late August; Steel prices remain volatile
  - Operating margin expected to be between 21.75 and 22 percent
- Rest of World
  - China nearing 17 percent local currency sales growth
  - Smaller expected losses in India than in 2016
  - Operating margin approximately 14 percent

53

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 55 of 58    Document 25-8

# Corporate Responsibility and Sustainability – Aligns with our Values

A. O. Smith will preserve its good name



**Social Contribution**

**Ethics and Compliance**

Fundamentals for Success









**Diverse & Safe Workforce**

A. O. Smith will be a good place to work

A. O. Smith will be a good citizen

**Environmental Impacts**



A. O. Smith will emphasize innovation

**Product Responsibility**





54

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 56 of 58   Document 25-8

# Products – Efficiency, Conservation and Innovation

## Energy Efficiency

- We believe our global product portfolio is the most efficient in the industry

- Our electric residential water heaters achieve efficiency factors of .95 or above

- Our highly efficient Cyclone condensing commercial water heaters represent 24% of commercial units sold

- 83 percent of Lochinvar branded boilers achieve over 90 percent thermal efficiency

- 55 percent of our China products exceed government efficiency standards

## Conservation

- Our patented Reverse Osmosis (RO) membrane wastes 50 percent less water than traditional RO and represents over 90 percent of A. O. Smith branded water treatment sales



55

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 57 of 58    Document 25-8

## Manufacturing Plants – Reducing Energy Usage, Water Consumption and Environmental Impacts



- Chairman's Green Star award established in 2009– annual competition given to the plant which demonstrates the largest social, economic and environmental benefit over a three year period

- Johnson City, TN - plant certified Leadership in Energy and Environmental Design (LEED) Silver since 2011 and certified Energy Star ®



- Ashland City, TN - largest water heater plant in the world – reduced electricity usage by 9 percent as a result of a plant-wide lighting project in 2011 and reduced water usage by 36 percent as a result of an enhanced parts washing process implemented in 2014

- Nanjing, China – implemented an innovative pre-treatment process as an alternative to phosphorus pre-treating, reducing chemical discharges and improving corrosion resistance of our water heater tanks



56

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 58 of 58   Document 25-8

## People – Doing Business Safely, with Integrity and Supporting Communities

- Established in 1954, the President's Safety Award annually recognizes the plant with best record for workplace safety

- Established in 1955, the A. O. Smith Foundation supports our communities

- Guiding Principles established in 1999 describes our code of conduct and values

- Values Recognition Program established in 1995 recognizes employee contributions to community involvement



57