# EXHIBIT 13

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 1 of 57    Document 25-13



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 2 of 57    Document 25-13

This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements generally can be identified by the use of words such as "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation. Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further slowdown in the growth rate of the Chinese economy or a decline in the growth rate of consumer spending in China; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; foreign currency fluctuations; inability to successfully integrate or achieve our strategic objectives resulting from future acquisitions; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; and adverse developments in general economic, political and business conditions in the key regions of the world. Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances. All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC. Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .

2

# Investment Case



- Manufacturer of residential and commercial water heaters, boilers and water treatment products
- Market share leader in major businesses
- Stable/growing North American replacement market; operating leverage as new construction recovers
- Strong balance sheet and cash flow to support future growth & share repurchase
- Strength of our premium brand, distribution, manufacturing and innovation provide clear market advantage in China
- Organic growth of 8 percent (in local currency) for next several years

**AOS
LISTED
NYSE**

3





# Adjusted EBITDA Growth



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 7 of 57     Document 25-13



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 9 of 57    Document 25-13

# U.S. Water Heater Market Segment

## Residential Market



AHRI data + tankless: AOS actual shipments and AOS estimates of competitors' shipments

*2016 market share data*

8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 10 of 57   Document 25-13

# U.S. Residential Water Heater Market Segment



Wholesale channel is "~50%" of the market

Retail channel is "~50%" of the market

A. O. Smith's Customers

2016 – 8.7 mm Units

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 11 of 57    Document 25-13

# Water Heaters - Strong Replacement Sales

## U. S. Residential Water Heaters



Peak housing starts: 2.1 million

New Construction

Replacement

Note: Includes tankless

10

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 12 of 57    Document 25-13

# U.S. Water Heater Market Segment

## Commercial Gas Market*

*2016 market share data*



### AHRI data:

AOS actual shipments and AOS estimate of competitors' shipments

*Commercial gas water heater segment as defined by AHRI, total 2016 commercial units as reported by AHRI = 97,000 units

11

# Energy Efficient Cyclone



- Game changing energy efficient commercial product launched in 1997 and recently upgraded

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents 47% of AOS commercial gas water heater revenues



Innovation, training and 24/7 National account customer service drive market leadership

12





Case 2:19-cv-01198-LA     Filed 01/24/20     Page 15 of 57     Document 25-13





Case 2:19-cv-01198-LA   Filed 01/24/20   Page 18 of 57   Document 25-13

# China now 33% of Sales & Growing



China sales have grown 22% (CAGR) over the last 10 years

## AOS China Built on:

- Premium Brand
- Extensive Distribution and Service Network
- Innovative New Products & World Class Manufacturing
- Local Management Team and Organizational Development

Nanjing

18

# Ten-Year + Water Heater Market Share Trend

Legend: A.O.Smith, Haier, Midea, Macro, Wanhe, Rinnai, Noritz, Ariston, Sakura, Siemens

Y-axis (Market Share): 30.00%, 25.00%, 20.00%, 15.00%, 10.00%, 5.00%, 0.00%

X-axis: 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016

Leading residential brands measured in currency; Tier One Market: GFK - CMM data sampling several thousand largest retail stores, December 2016

19



# Market Share by Price Category

## Gas Market Share

## Electric Market Share

*Data Source: CMM Retail Survey December 2016-150 Best Selling Models*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 21 of 57    Document 25-13

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 22 of 57    Document 25-13

# Broad Distribution Channel

- Over 9,000 outlets in China
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities





▫ Regional Stores
▫ AOS Specialty Stores
▫ Suning/Guomei
■ E-Commerce

21



# Professional Team of Local Management



23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 25 of 57    Document 25-13

# Mega Trends - China

## Significant growth in AOS target demographic

Number of urban households by annual household income[1]

Million households, percent

| | 2000 | 2010 | 2016 | 2020E | CAGR 2000-2020E, % | |
|---|---|---|---|---|---|---|
| 100% = | 147 | 226 | 296 | 339 | 4.3 | |
| Affluent (more than $34,000) | 1 / 0 | 6 / 2 | 3 | 5 | 18.8 | |
| Mainstream ($16,000 to $34,000) | 63 | 82 | 43 | 55 | 27.3 | |
| Value ($6,000 to $16,000) | 36 | | 47 | 35 | 1.2 | |
| Poor (less than $6,000) | | 10 | 6 | 6 | -4.6 | |

Brackets are defined by disposable income per urban household per year in real terms.
China's CPI rose 3.3% per year from 2010 to 2015

**A. O. Smith customer demographic continues to grow rapidly**

**Growth of 10 times during this decade**
- 2010: 18 mm households
- 2020: 200 mm households

Source: McKinsey Insights China – December 2015

24

# China Consumers Prefer Foreign Brands







Case 2:19-cv-01198-LA    Filed 01/24/20    Page 28 of 57    Document 25-13

# Side Stream Membrane Technology

- Unique patented design
- Increases RO membrane life - industry leading three year life
- Reduces waste water up to 50 percent - 1 gallon clean to 1 gallon waste
- Provides market place differentiation



28

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 30 of 57    Document 25-13

# Tankless water treatment – enabled by side-stream membrane technology

- Provides immediate freshwater
- Minimizes risk of post RO membrane contamination
  - No storage tank needed
- Leverages membrane rolling capabilities to produce hi-flow RO products
  - Constant flow rates up to 0.9 gallons per minute





A. O. Smith Branded Water Treatment Sales

29



# Major Brands CMM Market Share By Value Water Purifier

Data Source: CMM-GFK December-2016

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 31 of 57    Document 25-13



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 33 of 57   Document 25-13

# China Air Purifier Market Growth Opportunity

**Unit sales per 1000 <u>Urban</u> Households for China and its neighbors**

**Annual Air Purifier Sales Volume
(units per 1000 Urban households)**

Projection by Euromonitor

China's air pollution may drive urban penetration closer to Japanese levels

Legend:
- China
- Japan
- South Korea
- Taiwan
- Singapore

6% household penetration overall;
21% penetration in top 23 ('first tier') cities

Source:   Euromonitor, January 2016;
Note:       For calculating penetration rate for China: assumed no replacement in the period

32



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 35 of 57    Document 25-13

# Mega Trends - India

## Significant growth in AOS target demographic



Millions of households, percent, 2000 prices

A. O. Smith target demographic: upper middle class

SOURCE: India Urbanization Econometric Model Updated 2010

34



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 37 of 57    Document 25-13



# Business Model In India Similar to China

- Attractive Growth Demographics
- Leveraging Global Capabilities with Products Designed for the Indian Market
- Building Brand & Expanding our Distribution
- Introducing New Product Categories with Water Treatment
- Local Management



**We are committed for the long term opportunity**

36



Acquisition Strategy

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 39 of 57   Document 25-13

# Growth Strategy: Acquisitions



**Geographic Growth**
- China
- India
- High Growth GDP markets

**Expand/Grow the Core**
- New Products & New Technologies
  - Water Heating
  - Water Treatment

**Adjacencies**
- Water-themed platforms for growth
- New technologies beyond water for China

38



## Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year

**AOS**
——————
LISTED
——————
**NYSE**

39

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 41 of 57    Document 25-13



# A. O. Smith's Capital Allocation Options

- Organic growth (capital expenditures)
- Acquisitions
  - $318 million net cash
  - 21 percent leverage ratio (debt/total capital)
- Return cash to shareholders: $230 million projected in 2017
  - Dividends
    - Increased 17 percent in first quarter 2017
  - Share repurchase
    - Expect to repurchase approximately $135 million* in 2017 on a 10b5-1 plan

40    * subject to price, alternative investments and working capital requirements



# China Growth Model

- Water Heater Market Growth
- Approx 15% growth in local currency
- Market Share Gains & Average Selling Price Increases
- Fast Growing Ancillary Products

42

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 43 of 57     Document 25-13

# Growth and Stability

## Defense

- NA water heaters and boilers ~85% replacement
- Market share leader in NA, China
- Strong balance sheet; net cash position approximately $318 million
- Small exposure to Europe ($50 million in revenues)

## Offense

- Organic growth of 8%
  - China growing approximately 15 percent in local currency
  - Lochinvar branded products growing 8%
- Call option on NA new construction
- Significant cash and borrowing capacity for "value creating" acquisitions and share buyback



43

# INVESTOR CONTACT

## Patricia Ackerman
**Vice President, Investor Relations and Treasurer**

Direct: 414-359-4130
Email: packerman@aosmith.com



**APPENDIX**



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 48 of 57    Document 25-13

# Third Quarter Sales



**$ in millions**

| | **2017** | **2016** | **change** | **% chg.** |
|---|---|---|---|---|
| North America | $ 486.0 | $ 450.8 | $   35.2 | 8% |
| Rest of World | 270.1 | 240.3 | $   29.8 | 12% |
| Intersegment | (6.2) | (7.2) | $    1.0 | |
| Total | $ 749.9 | $ 683.9 | $   66.0 | 10% |

47

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 49 of 57    Document 25-13



# Third Quarter Earnings

| $ in millions, except percentages | 2017 | 2016 | change | % chg. |
|---|---|---|---|---|
| North America | $ 110.3 | $ 100.5 | $ 9.8 | 10% |
| Rest of World | 33.8 | 31.1 | 2.7 | 9% |
| Inter-segment earnings | (0.1) | - | (0.1) | |
| Total Segment Earnings | 144.0 | 131.6 | 12.4 | 9% |
| | | | | |
| Corporate | (9.9) | (11.1) | 1.2 | 11% |
| Interest Expense | (2.5) | (2.1) | (0.4) | -19% |
| Pre-tax Earnings | 131.6 | 118.4 | 13.2 | 11% |
| Income Tax Expense | (37.9) | (35.2) | (2.7) | -8% |
| Earnings | $ 93.7 | $ 83.2 | $ 10.5 | 13% |
| Segment Margin | | | | |
| North America | 22.7% | 22.3% | | |
| Rest of World | 12.5% | 12.9% | | |



48



# 2017 Assumptions

**($ in millions)**

**2017 Projections**

| | |
|---|---|
| Operating Cash Flow | approx $325 |
| Capital Expenditures | approx $100 |
| Depreciation and Amortization | approx $70 |
| Expenses related to ERP Implementation | approx $18 |
| Corporate/Other Expense | approx $47 |
| Effective Tax Rate | approx 28.0% |
| Stock Repurchase | approx $135 * |
| Share Count - Diluted | approx 174.6 million |

*As of October 25, 2017*

\* subject to acquisitions, cash flow and working capital needs

51

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 52 of 57     Document 25-13

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 53 of 57    Document 25-13



# 2017 Outlook

- Revenue growth between 11 and 12 percent in USD
  - Aquasana and Hague sales incrementally add over $40 million
  - Depreciation assumed for the RMB against the USD, resulting in two percent headwind to 2016 average rate
- North America
  - U.S. residential water heater industry volumes increase over 300,000 units, including tankless; U.S. commercial water heater industry volumes up approximately ten percent, driven by electric and price increase-related pre-buy
  - Lochinvar-branded product sales growth of over eight percent
  - Price increase of approximately four percent on majority of U. S. water heaters, effective late August
  - Operating margin expected to be similar to 2016
- Rest of World
  - China over 15 percent sales growth in local currency
  - Smaller expected losses in India than in 2016
  - Operating margin expected to be similar to 2016

52



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 54 of 57    Document 25-13

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 55 of 57    Document 25-13

# Products – Efficiency, Conservation and Innovation

## Energy Efficiency

- We believe our global product portfolio is the most efficient in the industry

- Our electric residential water heaters achieve efficiency factors of .95 or above

- Our highly efficient Cyclone condensing commercial water heaters represent 24% of commercial units sold

- 83 percent of Lochinvar branded boilers achieve over 90 percent thermal efficiency

- 55 percent of our China products exceed government efficiency standards

## Conservation

- Our patented Reverse Osmosis (RO) membrane wastes 50 percent less water than traditional RO and represents over 90 percent of A. O. Smith branded water treatment sales



54

## Manufacturing Plants – Reducing Energy Usage, Water Consumption and Environmental Impacts



- Chairman's Green Star award established in 2009– annual competition given to the plant which demonstrates the largest social, economic and environmental benefit over a three year period

- Johnson City, TN  - plant certified Leadership in Energy and Environmental Design (LEED) Silver since 2011 and certified Energy Star ®



- Ashland City, TN  - largest water heater plant in the world – reduced electricity usage by 9 percent as a result of a plant-wide lighting project in 2011 and reduced water usage by 36 percent as a result of an enhanced parts washing process implemented in 2014

- Nanjing, China – implemented an innovative pre-treatment process as an alternative to phosphorus pre-treating, reducing chemical discharges and improving corrosion resistance of our water heater tanks



55

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 57 of 57    Document 25-13

## People – Doing Business Safely, with Integrity and Supporting Communities

- Established in 1954, the President's Safety Award annually recognizes the plant with best record for workplace safety

- Established in 1955, the A. O. Smith Foundation supports our communities

- Guiding Principles established in 1999 describes our code of conduct and values

- Values Recognition Program established in 1995 recognizes employee contributions to community involvement



56