# EXHIBIT 23

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 2 of 110     Document 25-23

# Welcome to the A. O. Smith Analyst Day

**Presentations will begin promptly at 12:30 p.m.**

Waldorf Astoria - Chicago

November 5, 2018

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 3 of 110    Document 25-23

# A. O. Smith Analyst Day

### November 5, 2018
### Waldorf Astoria - Chicago

Ajita Rajendra                                                    *Executive Chairman*

Case 2:19-cv-01198-LA Filed 01/24/20 Page 4 of 110 Document 25-23

# Forward Looking Statements

This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally can be identified by the use of words such as  "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation.   Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further slowdown in the growth rate of the Chinese economy or our key markets and/or a further decline in the growth rate of consumer spending or housing stock sold in China; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; foreign currency fluctuations; inability to successfully integrate or achieve our strategic objectives resulting from future acquisitions; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; the impact from U.S. Tax Reform and projections for effective tax rates and one-time expenses under the new law; and adverse developments in general economic, political and business conditions in the key regions of the world.   Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances.  All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC.  Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .

3

# Agenda

November 5, 2018, 12:00 p.m. - 5:00 p.m.

| | Time (p.m.) |
|---|---|
| **Ajita Rajendra, Executive Chairman** | **12:30 - 12:35** |
| **Kevin Wheeler, Chief Executive Officer** | **12:35 - 1:00** |
| **Dave Warren, President / General Manager - North America Water Heating** | **1:00 - 1:45** |
| **Eddie Goodwin, President / General Manager - Lochinvar** | **1:45 - 2:15** |
| *BREAK* | **2:15 - 2:30** |
| **Sam Karge, President / General Manager - North America Water Treatment** | **2:30 - 3:15** |
| **Wei Ding, President / General Manager - China** | **3:15 - 4:00** |
| **Patricia Ackerman, Vice President, Investor Relations & Treasurer – CRS** | **4:00 - 4:10** |
| **John Kita, EVP & Chief Financial Officer** | **4:10 - 4:20** |
| **Kevin Wheeler - Wrap up** | **4:20 - 4:45** |
| *Q&A* | **4:45 - 5:00** |

## Welcome to the A. O. Smith Analyst Day

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 5 of 110    Document 25-23

A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria – Chicago

Kevin Wheeler – Opening Remarks

President & Chief Executive Officer



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 7 of 110    Document 25-23



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 8 of 110    Document 25-23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 9 of 110   Document 25-23

# Adjusted EBITDA:  20 Percent CAGR

Adjusted EBITDA
2010    10.6% of Sales
2018    20.5% of Sales

20% CAGR

**NOTE**

2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items

2010  2011  2012  2013  2014  2015  2016  2017  2018
(EPS midpoint - implied)

$700
$600
$500
$400
$300
$200
$100
$0

8

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 10 of 110   Document 25-23

# Adjusted Earnings Per Share:  25 Percent CAGR



**NOTE**

2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items; 2017 adjusted for U.S. Tax Reform expense; 2018 adjusted for restructuring & impairment expenses

9

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 11 of 110   Document 25-23

# Segment Revenue

**NA**
- Boilers
- Water Heaters
- Water Treatment

**ROW**
- China/India = 95%
- Europe/Middle East = 5%

North America 64%

Rest of World 36%

2017 full year



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 12 of 110     Document 25-23

Case 2:19-cv-01138-LA   Filed 01/24/20   Page 13 of 110   Document 25-23

# Product Engineering Centers (~887 People)



12

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 14 of 110   Document 25-23

# Innovation in our DNA

- Engineering commitment

- Focus on energy efficiency, electronic/sensors and IoT

- Manufacturing process: LEAN, automation & SAP

- Digital Marketing Investment

- New Corporate Technology Center in Milwaukee



13

# A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria - Chicago

Dave Warren

*President/General Manager – North America Water Heating*

AOSmith.

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 15 of 110    Document 25-23

Case 2:19-cv-01198-LA  Filed 01/24/20  Page 16 of 110  Document 25-23

# North America Water Heaters

## Environment

MARKETS

### Products

- **Residential Gas**
- **Residential Electric**
- **Gas Tankless**
- **Electric Tankless**
- **Combi Boilers**
- **Hi-Efficiency Gas**
- **Heat Pump Electric**
- **Std. Commercial**
- **Storage Tanks**
- **Solar**
- **Pump Tanks**
- **Solar**
- **Parts**

### Channels

- **Wholesale**
- **Retail**
- **Rental (Canada)**
- **Export**

### Geographic

- **U.S.**
- **Canada**
- **Mexico**
- **Central & South America**

## TRENDS/TECHNOLOGY

### Economy

- Improved Growth
- Rising Interest Rates
- Import Tariffs
- Logistic Costs/Regulation

### Changing World

- Omni-Channel
- Blurring of the Channels
- Millennial Influence
- E-Commerce
- Internet of Things

### Policies & Regulations

- Energy/Efficiency
- Utility Power Grid/Rebate Dollars

### Talent Scarcity

- Low unemployment
- Aging Workforce
- Skilled Trade Shortage
- Driver Shortages

## COMPETITORS

### Residential / Commercial Water Heating

**Tank-Type**

- Bradford White
- Rheem

**Tankless**

- Navien
- Rheem
- Noritz
- Rinnai

**Others**

- HTP
- Intellihot
- Watts/PVI

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 17 of 110   Document 25-23

# Channels to Market - Blurring



*Wholesale channel is "~55%" of the residential market*

*Retail channel is "~45%" of the residential market*

2017: ~9.2M residential units and ~246K commercial units

16

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 18 of 110   Document 25-23

# Commercial Market Leader

## U.S. Commercial Market*

*2017 market share data*



### AHRI data:

AOS actual shipments and AOS estimate of competitor' shipments

\* Commercial gas & electric segments as defined by AHRI, total 2017 commercial units as reported by AHRI = 246,000

17

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 19 of 110    Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 20 of 110    Document 25-23

# Supporting Commercial Growth

- Program/Services
  - National Accounts:  Direct relationships...local inventory
  - 24/7 program:   Local inventory / delivery capabilities
  - U.L. Certified commercial electric conversion programs
  - Engineer Specifications:  Broad product range...all applications



- Products
  - New product development plans in place to deliver innovative solutions in 2019 and beyond
  - Connectivity standard on all Cyclone products



19

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 21 of 110    Document 25-23

# Cyclone – Innovation has a Name



- Game changing energy efficient commercial product launched in 1997 and upgraded six times

  - IoT / Wi-Fi enabled

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents a significant percentage of commercial water heater revenues

## Innovation, training and 24/7 National account customer service drive market leadership

20



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 22 of 110     Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 23 of 110    Document 25-23

# Residential Water Heater Industry



Recession

In thousands

last 15 yr. avg. of 7.4M for replacements

Replacement — New Construction — last 15 year avg

- New construction water heater installations…year over year growth since 2011
- New construction installations were approximately 14.5% of annual sales in 2017
- Replacement market has been steady over the past 15 years

22

*Source: Census Bureau Housing Completions, AHRI Industry Data, Keystat Surveys from 2004-2017*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 24 of 110    Document 25-23

# Impact Muted by Replacement Cycle



2017: 54% 1-14 years        2017: 46% 15+ years

- **Residential tank type water heaters have an average life ~14 years**
- **Almost 50% of residential water heaters are replaced after 15 years**
- **A 20+ year replacement cycle mutes short-term new construction fluctuations**

*Source: Census Bureau Housing Completions, AHRI Industry Data, Keystat Surveys from 2010, 2017*

23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 25 of 110   Document 25-23

# Residential Market – Growth / Stability

**Occupied Housing Inventory by Year**



We do not feel our industry will face a cliff issue in 2022 and beyond as replacement is spread over a 20 +year period &  installed base of over 120 m homes dwarfs annual industry of 9+ M units resulting in conclusion that effect of downturn in industry from 2007 to 2010 will be smoothed over several years and have muted effect

- New Homes
- Existing Homes - Replacement Water Heater
- Existing Homes - Remaining Inventory

- A stable replacement market is driven by a large occupied housing base in the U.S.

- Factors impacting growth in replacement market
  - Growth of the housing stock
  - Product Life-cycle
  - Disposable Income / Consumer Confidence

- Occupied housing is about 14x the size of the residential industry

- BRG forecasts a CAGR of 3.0% from 2017 to 2021 for the residential industry

*Source: Census Bureau Current Population Survey/Housing Vacancy Survey, Census Bureau Housing Completions, AHRI Industry Data*

24

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 26 of 110    Document 25-23

# Residential Growth Strategy

- Improve downstream demand creation by leveraging and expanding digital capabilities and tools
  - Repair and Replacement Contractors
  - Utilities
  - Builders




- Entering new product categories and showing leadership in emerging technologies
  - Tankless Electric and Heat Pump




25

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 27 of 110    Document 25-23

# Tankless Strategy (Gas & Electric)

- Only ~8% of the total market today, but growing

- Improve market position with innovative products

- Superior customer support and a best-in-class training facility

- Leverage our infrastructure to support representatives and our existing footprint in both the wholesale and retail channels









Electric          Gas




Case 2:19-cv-01198-LA    Filed 01/24/20    Page 29 of 110    Document 25-23

# Multi-Channel vs. Omni-Channel

- A move from Multi-channel capabilities to Omni-channel capabilities…the goal is a consistent and seamless experience for the customer to better engage and convert



Implementing a
Product Information Management
tool to Manage Content

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 30 of 110   Document 25-23

# Expanding Digital Capabilities

- **Product Selection Tools**
  - Based on local inputs
  - Improve product mix

- **Lead Generation**
  - Driving channel loyalty

- **Web/App capabilities**
  - Contractor sales tool
  - Customized solutions



**Downstream Demand Creation**

29

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 31 of 110   Document 25-23

# Building Lean Capabilities and Tools

- Value stream mapping and improvement through management kaizen events

- Product information management to efficiently manage data/content

- Supervisory control and data acquisition (**SCADA**) driving operational efficiencies







Case 2:19-cv-01198-LA    Filed 01/24/20    Page 32 of 110    Document 25-23

# Four Percent Total Growth

- Full year impact in 2019 from June 2018 price increase

- Commercial construction growth

- Continued transition to condensing water heaters (Cyclone)

- Growth opportunities with the new home construction recovery and as the U.S. housing stock grows

- Leverage technology to improve downstream demand

31

India



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 33 of 110     Document 25-23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 34 of 110   Document 25-23

# Environment

**MARKET**

## Products

- Water Heaters
- Wall Hung Electric
- Instant Electric
- Gas Instantaneous
- Water Treatment
- Reverse Osmosis
- UV
- Under the Counter
- Gravity

## Channels

- Direct Sales
- Appliance Dealers
- Sanitary Ware
- Electric Wholesale
- Modern Retail
- Developers
- E-Trailers

## Geographic

- A, B & C Markets Drive Volume

**Mega Trends**

## Economy

- GDP growth for last quarter came highest among last 6 quarters at 7.7%
- Inflation under pressure on account of oil and dollar pressure

## Environmental

- Energy Efficiency
- Clean Water and Air
- Water Conversation

## Digital Media

- Web/Social Media
- E-Commerce

**COMPETITORS**

## Water Heating

- Racold
- Bajaj
- Venus
- Crompton Greaves
- V-Guard
- Haier

## Water Treatment

- Eureka Forbes
- Kent
- HUL
- Livpure
- LG
- Whirlpool
- Panasonic

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 35 of 110   Document 25-23

# Business Model In India Similar to China

- Leveraging Global Capabilities with Products Designed for the Indian Market
- Building Premium Brand & Expanding our Distribution
- Local Management

34

India Water Heater Market

Market: $233 million

$ in Millions

Electric Storage, $202

Instant, $31

Market share leader by value: ~15%

Market growth by value: 9%

*Source: GFK Retail (March 2018)*

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 36 of 110   Document 25-23

35



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 37 of 110     Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 38 of 110    Document 25-23

# Water Treatment Distribution

- Pan India by end of 2018
    - Growing city presence form 35 to 46
    - Provide access to 75 percent of the market at year-end

Organized Retail 25%

Independent 75%

India Water Treatment Markets Channels

- E-Commerce growing, <7 percent of market
- Direct sales (door to door) diminished in tier 1 cities; still present in tier 2 & 3 cities



On Track

Amritsar
Jalandhar
Ludhiana
Delhi
Lucknow
Jaipur
Udaipur
Kanpur
Patna
Ahmedabad
Bhopal Indore
Gwalior
Rajkot
Vadodara
Ranchi
Surat
Nagpur
Raipur
Kolkata
Bhubaneswar
Cuttack
Puri
Mumbai
Pune
Hyderabad
Vizag
GOA
Vijaywada
Hubli
Hassan
Davangere
Bengaluru
Mangalore
Chennai
Thrissur
Calicut
Coimbatore
Madurai
Vellore

WT 2015
WT 2016
WT 2017
WT 2018

37

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 39 of 110    Document 25-23

# Water Treatment Brand Strategy

- "Raise the Bar" advertising campaign
  - Effie award in India
- Expand counter share
- New products

Always Raising The Bar





100% RO , Zero Compromise

IN A. O. SMITH WATER PURIFIERS 100% RO + MINERALS + SCMT

IN ORDINARY RO + UV PURIFIERS



38



X4+



X8

Z8



Z9

# New Product – Green RO Series

## HIGHLIGHTS



Instant Hot Water — Hot water for coffee/tea



RO + SCMT — Double protection

1 YEAR Introductory Offer Comprehensive Warranty — 1 year comprehensive warranty
Hot & ambient temperature

ADVANCE RECOVERY TECHNOLOGY™ (ART™) — Saves 2X water
Hot & ambient temperature

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 40 of 110    Document 25-23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 41 of 110   Document 25-23

# High Growth Drivers

- Favorable demographics and growing middle class

- Market share leader in electric storage water heaters (by value)

- RO category growing in double digits

- Water Purifiers is a low penetrated category in India (7%)

- A. O. Smith innovating through new products: high recovery technology (Green RO series)

- Pan India roll out, providing us access to 75% of the market

- Investing in "digital medium" for most cost effective consumer reach

## Projection:  Breakeven in 2020

40

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 42 of 110    Document 25-23

# A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria - Chicago

Eddie Goodwin                    *President/General Manager - Lochinvar*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 43 of 110    Document 25-23

# North America Boilers

## Environment

### MARKETS

**Commercial Boilers**
- Copper
- Condensing

**Commercial Water Heaters**
- Copper
- Condensing
- Tank Type
- Custom

**Residential Boilers**
- Condensing
- Combi

**Market Focus**
- North America
- China

### TRENDS/TECHNOLOGY

**Energy Efficiency**
- Low cost natural gas
- Government
- Price of Oil

**Internet Connectivity**

**Declining Copper Market**

**Lack of Skilled Trade Labor**

**Reduced Footprint**

**Shift from non-condensing to condensing**

### COMPETITORS

**Commercial Condensing Boilers**
- Aerco
- Fulton
- Laars

**Residential Condensing Boilers**
- HTP
- Triangle Tube

**Residential Combi**
- Navien
- Rinnai



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 44 of 110    Document 25-23



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 45 of 110     Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 46 of 110    Document 25-23

# Lochinvar Product Segments



Water heaters 43%

Commercial Boilers 38%

Residential Boilers 14%

Boiler Parts 5%

Boilers ~ 57%

45

# Lochinvar Products by Sales Channel

- Manufacturers' Buy/Sell Reps:
  - Majority of commercial boilers
  - Majority of custom commercial water heaters
  - Portion of residential boilers

- Wholesale
  - Remainder of commercial boilers
  - Remainder of custom commercial water heaters
  - Majority of residential boilers

46

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 48 of 110    Document 25-23

# Buy/Sell Rep Advantages

- Instrumental in revenue growth of commercial product segments

- Investment in their business
  - Knowledgeable sales personnel
  - Inventory
  - Provide technical training
  - Start-up service, service support and warranty
  - Customer service support

- Engineering community engagement
  - Factory visits/Lochinvar experience
  - Specification strength

47

- Lochinvar attracts the best reps due to:
  - Breadth of Lochinvar product line
  - Quality of Lochinvar Products
  - Profitability opportunity
  - Continuous stream of new products
  - Support – Technical, Education and Training
- Industry leading rep roster throughout North America – provides Competitive advantage

48

Case 2:19-cv-01198-LA   Filed 09/24/20   Page 50 of 116   Document 25-23

# Lochinvar Engineering Laboratory

- Industry leading product development and testing facility

- Test stations – 31 test stations totally over 100 million Btu/hr capacity



**Research & Development Lab**

49

# Lochinvar University





## Competitive Advantage: Educating and Training the Industry

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 51 of 110    Document 25-23

50

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 52 of 110   Document 25-23

# Lochinvar New Product Development

- 62 people in our Engineering organization
- 26 degreed Engineers
- Some recently introduced products:

**Residential Boiler**





Knight Upgrade

Noble Combi Boiler

**Commercial Water Heater**



Armor

**Connectivity - ConXus**




**Commercial Boiler**



Crest Boiler
Enhancement



51

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 53 of 110   Document 25-23

# Continue to Drive 10 Percent Boiler Growth

- **Industry leading new product development**
  - Market share gains
- **Expand training/education**
  - Lochinvar University
  - LochinvarU® (on-line)
- **Explore new technologies/alternate energy**
  - Commercial heat pump
  - Micro CHP (combined heat + power)
- **Internet connectivity**
  - Con•X•Us platform
- **China**
  - Commercial boilers
- **Continued market transition to condensing**

**HOW WE HAVE GROWN IS HOW WE WILL GROW**

52

BREAK

WE WILL RESUME SHORTLY

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 54 of 110    Document 25-23

# A. O. Smith Analyst Day

### November 5, 2018
### Waldorf Astoria - Chicago

Sam Karge                    *President / General Manager - North America Water Treatment*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 55 of 110    Document 25-23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 56 of 110   Document 25-23

# North America Water Treatment

## Environment

### Point of Entry

### Conditioning & Filtration
- Whole Home Softening
- Whole Home Sediment Filtration
- Whole Home Lead Filtration

### Drinking Water Filtration
- Under Sink Carbon Filtration
- Reverse Osmosis Filtration

- Pitcher & Counter Top Filtration
- Refrigerator Filtration

### Market Focus
- USA and Canada

### Market Channels
- Water Quality Dealer
- Big Box Retail
- Plumbers & Contractors/ Wholesale
- Direct To Consumer
- Amazon

## TRENDS/TECHNOLOGY

### Contaminant Concerns
- Lead (Flint)
- PFOA (Perflourodated Organic Compounds)
- Nitrates, Chromium 6 & Arsenic
- Pharmaceuticals

### Environmental
- Water Scarcity & Conservation
- Bottled Water Waste
- Deteriorating Infrastructure

### Technologies
- Reverse Osmosis
- Ion-Exchange Water Conditioning
- Carbon Filtration
- Media Filtration
- Ultra-Violet Light
- Chlorine & Chemical Treatment
- Ultra-Filtration

- Pitcher Filtration
- Refrigerator Filtration

## COMPETITORS

### Point of Entry Systems
- Culligan
- EcoWater
- Pentair
- Kinetico
- Independent OEM's & Dealers

### Point of Use Systems
- 3M/CUNO
- Watts
- Culligan
- EcoWater
- Kinetico
- Pentair
- Brita Pro

### Direct To Consumer Players
- Pelican Water
- APEC/iSpring
- Waterfilters.com

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 57 of 110    Document 25-23

# North America Water Treatment



## USA Water Usage*

- Non-Farm Irrigation 15%
- Leaks 22%
- Commercial 11%
- Industrial 48%
- Residential 4%

**42Bn gallons of water used each day in the USA**

## Domestic Use

- Clothes Washer 21%
- Leaks 13%
- Faucet Washing 16%
- Toilet 27%
- Showers 17%
- Drinking Water 6%

**The average family of four uses approximately 150-200 gallons per day**

**Less than 1% of water produced is actually consumed by people**

*Source: EPA Water Sense 2015*
*Does not include Agriculture/Irrigation water use

56

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 58 of 110   Document 25-23

# Escalating Water Concerns



## National Headlines on Water Quality

1. Lead crisis:  Flint, Milwaukee, Chicago, NJ…
2. PFOA/PFOS & Chromium 6: Rural water across the country
3. Consumer awareness is now driven by contaminant concerns, not taste & odor

57

Source: Water Quality Association

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 59 of 110    Document 25-23

# USA Water Treatment Segments



## Under Sink Filters

**Approximately 800K systems sold per year; Includes RO & Carbon Systems**

**Water Filter Change compliance is only 20%****

## Whole Home Filters

**Fastest growing market segment**

**Growing at "high teens" due to Water Quality issues**

### Water Treatment USA; Residential Channels
Addressable A. O. Smith Market $2.3Bn



A. O. Smith does not currently participate in the Fridge & Pitcher Segments in USA

Pitcher Filters 9%

Fridge Filters 23%

Shower 5%

Under Sink Filters 12%

Whole Home Filtration 15%

Countertop 4%

Softeners 32%

**Estimated Total USA Market Size $3.5 Bn***
Market size by equipment sales value

## Water Softeners

**Approximately 1M+ units expected to sell in 2018**

**Growth 2017-2018 tracking at nearly 10% YOY****

**Water Softeners are penetrated in to 11% of US Households****

\* A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017

\*\* Source Water Quality Association Consumer & Dealer Survey Reports

58

According to the WQA; Excluding fridge filters, water treatment is only penetrated in to about 23%** of USA Households

Case 2:19-cv-01198-LA Filed 01/24/20 Page 60 of 110 Document 25-23

# A. O. Smith Water Treatment Timeline

**Development**

A. O. Smith North America consumer-driven strategy created

 

A. O. Smith consumer comprehensive research program executed



Water Quality Dealer channel development



A. O. Smith wholesale channel development

| 2010-2012 | 2013-2015 | 2016 | 2017 | 2018 | 2019 |

**Acquisitions & Development**

A. O. Smith Global Water Treatment Platform Developed:
- China – Chanitex Acquisition
- A. O. Smith Turkey
- A. O. Smith India
- A. O. Smith Vietnam









59

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 61 of 110   Document 25-23

# Consumer Research- 2017



**Step 1**: Survey Gen Pop topics = filtration & softening categories

**Step 2**: Segment the market and prioritize based on opportunity

**Step 3**: Gather deep segment knowledge via journeys

**Step 4**: Develop & Test Hypotheses via Discrete Choice Modeling

**Step 5**: Formulate a Strategy

Comprehensive study: over 3000 consumers participated in study

## Knowledge and Concern by Segment



### Top Conclusions

1. Consumers driven by contaminants in water, not by aesthetics of their water

2. Consumers don't understand water quality; need coaching to find the right solution

### Research Output

1. Lowe's merchandising strategy driven directly from research

2. Dealer product & growth strategy updated from research

60

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 62 of 110   Document 25-23

# Complete Channel Strategy



A.O. Smith

## Water Treatment Market Channels

| Channel & Brand | | | | |
|---|---|---|---|---|
| aquasana Live Healthy | aquasana Live Healthy | HAGUE Quality Water. | AO Smith | AO Smith |
| | amazon | Dealer | Retailer | Wholesaler |
| | | | | Contractor / Plumber |
| Direct to Consumer aquasana Live Healthy aquasana Live Healthy | E-Commerce aquasana Live Healthy amazon | Water Quality Dealers | Retail Channel LOWE'S | Wholesale |

Reseller to consumer

Water Treatment Market Channels pie chart:
- Water Quality Dealers 48%
- Retail 24%
- Wholesale 14%
- DTC 9%
- E-Com 5%

Sources:
- A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017
- Water Quality Association 2017 Consumer Opinion Study

A. O. Smith is the only player that is participating in all channels; most competitors only operate in 1-2 of these channels

61

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 63 of 110   Document 25-23

# A. O. Smith Differentiated Technologies



**MAX 4.0 ™ RO System**
- Tankless RO with 4-year membrane life
- 4-to-1 water recovery
- SideStream™ element technology




**Claryum™ Filter**
- Certified to remove 77 contaminants
- Most certified carbon filter on the market



Reverse Osmosis → Carbon Filtration

**A. O. Smith Technology Group:**
- 275 Water Treatment Engineering professionals Globally
- New Corporate Technology Center  Milwaukee
- Global Engineering Center- China
- Industry's best R&D facilities in the world

Advanced Carbon → Ion Exchange



**Rhino™ Whole Home Filter**
- Two chamber filter
- Reduces chlorine, taste, odor & chloramine
- No electricity required

**WaterMax™ Conditioning Technology**
- Highest efficiency water softener
- Integral whole home filtration technology
- Compact size with full flow performance

62

A. O. Smith has differentiated technologies; and continues to develop for the future

# Comprehensive Product Offering

## Point of Use Products

 Tankless RO Systems

 Under Sink Filtration

Whole Kitchen Filtration

Traditional RO Systems



Image source: United States EPA Water Sense 2008

## Non-Installed Products

On-the-Go Filter Bottles

Clean Water Machine

## Point of Entry Products

Whole Home Softeners/Filters

Whole Home Filtration

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 64 of 110    Document 25-23

63

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 65 of 110   Document 25-23

# Ensuring Optimal Filtration

**Water For Life™ Program**

   

- Automatic filter deliveries by subscription to consumer
- Arrive every 6 months
- Over 140,000 subscribers in Aquasana/A. O. Smith Program today
- Ensures filter change to maintain best quality water for consumer
- Ties to filter change reminders and online tools to ensure optimal filter performance
- Market-leading program;  largest in the USA

**Strong Financial Annuity Model for A. O. Smith**

64

Case 2:19-cv-01198-LA Filed 01/24/20 Page 66 of 110 Document 25-23



# Consumer Research is Driving Strategy



**1. Research Conclusion:**
Consumers are concerned about contaminants

A. O. Smith Solution:

1. Develop Lowe's display that drives a simple solution for each contaminant concern
2. Create a product line that doesn't make a consumer choose between two contaminant concerns – each solution adds on to the previous version



**2. Research Conclusion:**
Consumers don't want to be water experts

Our Research says that 67%* of consumers research their product purchases online before they buy:

1. Create intuitive displays that lead consumers to the right solutions for their contaminant concerns
2. Integrate online selection tools that consumers can use at home or on their smartphone while at the store



AOSmithatlowes.com
www.Aquasana.com

65

*A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 67 of 110   Document 25-23

# Water Treatment Growth at 15+%

1. Strong Channel & Product Distribution Strategy; our ability to participate in all 5 channel segments

2. Complete product portfolio; which covers the entire home at the Point of Use and Point of Entry

3. Unique R&D capabilities in USA and China to develop market-leading new technologies and world-class product platforms

4. Strong megatrends supporting Water Treatment; aging infrastructure, plastic bottle backlash, escalating water concerns & healthy living millennial generation

5. Unparalleled consumer research to drive; channel, product and market development unlike anyone else in the industry

66

# A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria - Chicago

President/General Manager - China

Wei Ding

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 69 of 110   Document 25-23

# Environment

**MARKETS**

## Products

- **Residential Gas**
- **Residential Electric**
- **Water Purifier**
- **Heat Pump**
- **Combi Boiler**
- **Water Softener**
- **Air Purifier**
- **Commercial Boiler**
- **Parts**

## Channels
- Retail
- Specialty AOS Stores
- E-Commerce
- Project

## Geographic
- China
- Tier 1, 2, 3, 4 cities

**TRENDS/TECHNOLOGY**

## Changing World
- **Urbanization**
- **Expanding gas infrastructure**
- **Rising middle class consumers**

## Economy
- **Slowing down**
- **Raising labor cost**
- **Housing affordability**

## Internet of Things

## E-Commerce

## Policies & Regulations
- **Condensing efficiency**
- **Low NOx boiler standard**

## Talent Scarcity

**COMPETITORS**

## Water Heating
- Haier
- Midea
- Rinnai
- Noritz

## Water Purifier
- Haier
- Midea
- Qinyuan (Unilever)
- Angle
- 3M
- Xiaomi

## Combi Boiler
- Vaillant
- Viessmann
- Bosch
- Rinnai

## Air Purifier
- BlueAir (Unilever)
- Phillips
- Panasonic



Rising Household Income

Business School of Nanjing University – October 2018



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 72 of 110    Document 25-23

# China E-commerce is Growing Rapidly and Faster than the Rest of the World

## Retail E-commerce transactional value



Source: Pitchbook, Dealogic, eMarketer, iResearch, TechCrunch CrunchBase Unicom Leaderboard, McKinsey Global Institute analysis

71

# Current Environment

- Weak consumer confidence and slow down in housing

- Actions:
  - Reduced SG&A
  - Freeze hiring
  - Closing non- productive stores
  - Introduced product in mid-price segments

- Product innovation is not being compromised

72

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 73 of 110    Document 25-23

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 74 of 110   Document 25-23



# AOS China Built on:

- Premium Brand
- Extensive Distribution and Service Network
- Innovative New Products & World Class Manufacturing
- Local Management Team and Organizational Development

Nanjing

China business model valid going forward

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 75 of 110    Document 25-23

# China Exceeds $1 B; now 34% of Sales & Growing



China sales have grown 21% (CAGR) over the last 10 years

74

# Professional Team of Local Management



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 76 of 110    Document 25-23

# Broad Distribution Channel

- Over 9,000 retail outlets in China, Water treatment product sold in over 7,000 of these outlets
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities

**Percentage of Sales**

| Year | Regional Stores | AOS Specialty Stores | Suning/Guomei | E-Commerce |
|------|-----------------|----------------------|----------------|------------|
| 2007 | 36% | 10% | 54% | |
| 2010 | 33% | 22% | 45% | |
| 2012 | 35% | 26% | 38% | 1% |
| 2013 | 35% | 25% | 37% | 3% |
| 2014 | 36% | 25% | 31% | 8% |
| 2015 | 23% | 29% | 30% | 18% |
| 2016 | 21% | 30% | 26% | 23% |
| 2017 | 20% | 33% | 24% | 23% |

Legend:
- Regional Stores
- AOS Specialty Stores
- Suning/Guomei
- E-Commerce



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 78 of 110    Document 25-23

# Our Unique Distributor Base Supports our Specialty Stores, Delivery and Installation

## Brand exposure

### Reinforces our Brand recognition and strength

   

## Customer Experience

### Interactive props to demonstrate the product innovation;

  

**Brand Recognition & Positive Customer Experience**

**Specialty Stores**

77

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 79 of 110   Document 25-23

# Market Leadership Through Innovation
## 550 Development Engineering Team

## Lead The Industry With Innovation

- We measure ourselves as the "industry leader" in the categories in which we participate.  That requires us to continuously develop innovative solutions with perceived value for customers and end-users.

## Being Green

- Our growth strategy is "being green" with particular focus in product development of gas condensing, heat pump, water treatment and air purifiers

## Being Smart

- Our growth strategy is "being smart" and IoT ready



**Robert J. O'Toole**
**Global Engineering Center**

78

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 80 of 110   Document 25-23

# E-Commerce and Digital Marketing Capabilities

## Capabilities

- **Digital Reach**
  - Search Engine Marketing / Optimization
  - A. O. Smith Branding
  - Social Media (Wechat)

- **Digital Depth and Conversion**
  - Content Management
  - Paid ads
  - Digital Leaflets

## Key Partners







79

# Product Line developed in China

Air Purifier

Water Purifier

Gas & Electric Commercial

Gas Tankless

Wall-hung Electric

Residential & Commercial Heat Pump

Combi Boiler

Pressurized Solar

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 81 of 110    Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 82 of 110    Document 25-23

# New State of the Art Water Treatment Facility Grand Opening in May 2018



- State of the Art testing and laboratories for research

- Build to NSF and Water Quality Association (WQA) standards in the United States

- Clean room membrane assembly

- In-house manufacturing of pumps, and integrated water-way injection molding

- 715,000 square feet

81



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 83 of 110   Document 25-23



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 84 of 110     Document 25-23

Case 2:19-cv-01198-LA Filed 01/24/20 Page 85 of 110 Document 25-23

# Water Treatment Consumables -Replacement Filters



**Consumable Sales** ($ Millions)

- Razor/Razor blade business model
- RFID Technology
- 1st , 2nd and RO replacement rate at 87-90 percent replacement rate
- Solid margin profile



RFID Chip

84

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 86 of 110   Document 25-23

# Innovative Complementary New Products in Water Treatment

## Side Stream Membrane Technology



- Unique Patent Design
- Increases RO membrane life- industry leading three year life
- Reduces waster water up to 75% - 3 gallons clean to 1 gallon waste
- Provides market place differentiation

## Tankless Water Treatment – Enabled by Side Stream



- Provides on demand purified water
- Minimizes risk of post RO membrane contamination – no storage tank needed
- Leverages membrane rolling capabilities to produce hi-flow – constant flow rates up to 0.9 gallons per minute

85

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 87 of 110    Document 25-23



# Innovative Complementary New Products in Water Treatment

## Boiling Water Residential Tap dispenser




- Cross sell and match with AOS RO product.

- High-end faucet with display and touch button control

- Four adjustable holding temperature with 98℃、90℃、80℃.

-  Launched in August 2018

## Shower Water Softener



- Cross sell and match with an electric or gas water heater

- Wide adaptation for installation, including decorated apartment.

- Automatic Regeneration

- Launched in October 2018

86



Case 2:19-cv-01198-LA      Filed 01/24/20      Page 88 of 110      Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 89 of 110    Document 25-23

# Innovative New Products in Water Heating



## Electric Slim-line Dual Tank



- Dual tank slim design
- Vacuum panel insulation
- WiFi

## Gas Tankless new Air-cooled platform

- Fan at the top design – better wind performance
- New curved-glass cover with anti-grease feature greatly enhance the outlook
- Launched in July 2018

- Our business model and megatrends (growth in middle class) are in our favor for longer-term growth

- Category Growth Drivers
  - E-commerce and on-line sales are growing and helping with penetration of 3rd and 4th tier cities
  - We continue launch new innovative products in all of our categories
  - Consumables and aftermarket parts are a key component of our growth

- Above average growth of water treatment: residential + commercial + consumables

- Operational excellence and cost reduction are important for levered growth
  - CRM Upgrade  - Manufacturing Automation  - Key component in-sourcing

- Operating margins historically at 14 - 15 percent

89

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 90 of 110   Document 25-23

# A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria - Chicago

Patricia Ackerman

*Vice President - Investor Relations & Treasurer*

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 91 of 110     Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 92 of 110    Document 25-23

# Initial CRS Report Launched Last Month

## Celebrating 144 years of innovation



## AOSMITH.COM/about/sustainability

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 93 of 110   Document 25-23

# Highlights: Our Products Conserve Resources



**98%**
Thermal Efficient

Cyclone Commercial Water Heater
- 1.6B cubic feet of natural gas saved*
- 100K tons of GHG avoided*

**99%**
Thermal Efficient

Crest Commercial Boiler
- 2.0B cubic feet of natural gas saved*
- 120K tons of GHG avoided*

**75%**
Water Conservation Ratio

RO Max Series Water Treatment System
- 1.3 B gallons of water conserved in China*

*Annual Savings based on 2017 annual sales*

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 94 of 110   Document 25-23

# Highlights: Our Governance Reflects Best Practices

**SUCCESSION**

**LEADERSHIP TENURE**

**CEO COMPENSATION**

*\*NYSE criteria*

93

**20%** Female Directors

**80%** Independent Directors*

**2**, most recent CEOs promoted from within

**>20** years average with AOS



**4 Year CAGR**

| | |
|---|---|
| CEO Compensation | 9% |
| Sales | 9% |
| Adjusted EPS | 20% |
| Total Stock Return | 24% |

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 95 of 110    Document 25-23

# Highlights: Our Operations are Safe and Conserve Resources

President's Safety Award -
established 1955 (predates OSHA)

Chairman's Green Star Award - 2009

ISO 14001 for environment
ISO 45001 for safety

Expect to meet standards by 2019

94

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 96 of 110    Document 25-23

# Highlights: We are a Good Place to Work

**Ethics**

**Integrity**

**Value Recognition**



EMPLOYEE ENGAGEMENT SCORE

80%  82%  87%  83%  90%

3.85  3.84  4.00  3.99  4.00

2010  2012  2014  2016  2018

◯ Participation Percentage (right axis)

*U.S. Norm Average 3.62*

**Supervisor Effectiveness**

**Innovation**

**Customer Focus**





Case 2:19-cv-01198-LA    Filed 01/24/20    Page 97 of 110    Document 25-23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 98 of 110    Document 25-23

## CRS Council will Drive Improvement

- Multi-functional council formed reporting to CEO
  - Collect baseline data
  - Recommend goals and priorities
  - Develop and recommend KPIs
- Report our progress in 2020

97

# A. O. Smith Analyst Day

November 5, 2018
Waldorf Astoria - Chicago

John Kita

*EVP & Chief Financial Officer*

# A. O. Smith's Capital Allocation Options

- Organic growth (capital expenditures)
- Acquisitions
  - $425 million net cash
  - 10 percent leverage ratio (debt/total capital)
- Return cash to shareholders: over $330 million projected in 2018*
  - Dividends
    - Increased dividend two times in 2018; over 30 percent CAGR over last five years
  - Share repurchase
    - Expect to repurchase approximately $135 million** in 2018 on a 10b5-1 plan, in addition, plan to opportunistically repurchase $65 million in the open market

* Since 2011, AOS has returned nearly $1.4 billion to shareholders
** subject to price, alternative investments and working capital requirements

99



Case 2:19-CV-01199-LA    Filed 01/24/20    Page 101 of 110    Document 25-23

# Valuation Metrics: Growth & Yield Above Peers

| Peers | 2019 Revenue Growth | Dividend Yield | P/E | 2018 Valuation EV/EBITDA |
|---|---|---|---|---|
| PNR | 4.0% | 1.7% | 16.4 times | 12.4 times |
| WTS | 3.6 | 1.0 | 18.3 | 10.2 |
| **S&P500** | **NA** | **1.8** | **17.2** | **N/A** |
| FLS | 4.7 | 1.4 | 26.6 | 14.3 |
| BMI | 6.2 | 1.5 | 41.6 | 17.0 |
| IEX | 5.2 | 1.1 | 23.8 | 15.1 |
| FELE | 4.9 | 1.3 | 17.3 | N/A |
| MWA | 4.9 | 1.7 | 18.4 | 9.2 |
| XYL | 6.1 | 1.0 | 22.8 | 13.8 |
| LII | 5.0 | 1.2 | 22.0 | 15.4 |
| Avg. (excluded S&P 500) | 5.0% | 1.3% | 23.0 times | 13.4 times |
| AOS  Midpoint: 4.75%* | | 2.0% | 17.0 times | 10.7 times |

Other Attributes: strong balance sheet and low cyclicality

Source: Factset,10/24/2018    *5.5 to 7% local currency

101

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 103 of 110    Document 25-23



# Revenue Growth Guidance

## 2018

7 Percent USD
6.5 Percent local currency

## 2019

4 to 5.5 Percent USD
5.5 to 7 Percent local currency

102

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 104 of 110    Document 25-23

# Growth Strategy: Long-term Organic Growth



**High Growth\*:**           38% of sales growing ~11%

(China, India & NA water treatment)

• 4.1%

**Boilers:**           7% of sales growing 10%

• 0.7%

**NA water heaters:**           55% of sales growing ~4%

• 2.2%

**Total annual sales growth**

• 7.0%

103



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 106 of 110     Document 25-23

# Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year

**AOS**
**LISTED**
**NYSE**

Case 2:19-CV-01198-LA   Filed 01/24/20   Page 107 of 110   Document 25-23



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 109 of 110    Document 25-23





Q & A

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 110 of 110    Document 25-23