# EXHIBIT 28

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 1 of 59    Document 25-28



Winter 2019 Analyst Presentation

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 2 of 59    Document 25-28

# Forward Looking Statements

This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally can be identified by the use of words such as  "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation.   Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further weakening of the Chinese economy and/or a decline in the  rate of consumer spending or housing sales in China; negative impact to our businesses from international tariffs and trade disputes; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; foreign currency fluctuations; inability to successfully integrate or achieve our strategic objectives resulting from acquisitions; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; and adverse developments in general economic, political and business conditions in the key regions of the world.   Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances.  All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC.  Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .



2

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 4 of 59    Document 25-28

# Investment Case

- Manufacturer of residential and commercial water heaters, boilers and water treatment products

- Market share leader in major product lines

- Stable/growing North American replacement market; operating leverage from incremental new construction and replacement

- Strong balance sheet and cash flow to support future growth, share repurchase and acquisitions

- Strength of our premium brand, distribution, manufacturing and innovation provide clear market advantage in China

- 85 percent replacement in water heater and boiler demand

**AOS**
LISTED
**NYSE**





Case 2:19-cv-01198-LA     Filed 01/24/20     Page 5 of 59     Document 25-28

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 6 of 59   Document 25-28



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 7 of 59    Document 25-28

# Adjusted Earnings Per Share:  25 Percent CAGR



25% CAGR

**NOTE**

2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items; 2017 adjusted for U.S. Tax Reform expense; 2018 adjusted for restructuring & impairment expenses

AO Smith

6

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 8 of 59   Document 25-28

# Segment Revenue

**NA**
- Boilers
- Water heaters
- Water treatment

**ROW**
- China/India = 94%
- Europe/Middle East = 6%

North America 64%

Rest of World 36%

**2018 full year**












Case 2:19-cv-01198-LA   Filed 01/24/20   Page 9 of 59   Document 25-28

# U.S. Water Heater Market Segment

## Residential Market



AHRI data + tankless: AOS actual shipments and AOS estimates of competitors' shipments

*2018 market share data*

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 10 of 59   Document 25-28

# U.S. Residential Water Heater Market Segment



*Wholesale channel is "~55%" of the market*

*Retail channel is "~45%" of the market*

A. O. Smith's Customers

2018 – 9.5 mm Units

# Water Heaters - Strong Replacement Sales

U. S. Residential Water Heaters

Peak housing starts: 2.1 million

New Construction

Replacement

Note:
Includes tankless

AO Smith

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 11 of 59    Document 25-28

10

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 12 of 59    Document 25-28

# U.S. Water Heater Market Segment

## Commercial Market*

*2018 market share data*



### AHRI data:

AOS actual shipments and AOS estimate of competitors' shipments

\* Commercial water heater segment as defined by AHRI, total 2018 commercial units as reported by AHRI = 233,000 units

11

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 13 of 59   Document 25-28

# Energy Efficient Cyclone

- Game changing energy efficient commercial product launched in 1997 and recently upgraded

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents 63% of AOS commercial gas water heater revenues



**Innovation, training and 24/7 National account customer service drive market leadership**

AOSmith

12

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 14 of 59   Document 25-28

# U.S. Commercial Gas Market:  Energy Efficient Units more than Doubled in Eight Years to 45 percent of units sold in 2018



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 15 of 59   Document 25-28

# Lochinvar End Markets

Boilers
58%

Water
Heating
42%







2/3 commercial end markets; 1/3 residential end markets



14





Case 2:19-cv-01198-LA   Filed 01/24/20   Page 17 of 59   Document 25-28

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 18 of 59   Document 25-28

# China Exceeds $1 B; now 34% of Sales



China sales have grown 19% (CAGR) over the last 10 years

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 19 of 59   Document 25-28

# AOS China Built on:

- Premium Brand
- Extensive Distribution and Service Network
- Innovative New Products & World Class Manufacturing
- Local Management Team and Organizational Development

Nanjing







18

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 20 of 59   Document 25-28

# Sixteen Year Water Heater Market Share Trend



Leading residential brands measured in currency; Tier One Market: GFK - CMM data sampling several thousand largest retail stores, December 2018

19



# Market Share by Price Category

## Gas Market Share

Legend: Others, Haier, Ariston, Wanhe, Macro, Sakura, Noritz, Rinnai, A.O.Smith

Value Market Share: 90.00%, 80.00%, 70.00%, 60.00%, 50.00%, 40.00%, 30.00%, 20.00%, 10.00%, 0.00%

Retail Price(USD): > =400, 300-400, 200-300, < 200

## Electric Market Share

Legend: Others, Siemens, Ariston, Midea, Haier, A.O.Smith

Value Market Share: 60.00%, 50.00%, 40.00%, 30.00%, 20.00%, 10.00%, 0.00%

Retail Price(USD): > =400, 300-400, 200-300, < 200

*Data Source :CMM Retail Survey Dec 2018-150 Best Selling Models*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 22 of 59    Document 25-28

# Broad Distribution Channel

- Over 9,000 retail counters in China
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities



**Percentage of Sales**

| Year | 2007 | 2010 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|------|------|------|------|------|------|------|------|------|------|
| Regional Stores | 36% | 33% | 35% | 35% | 36% | 23% | 21% | 20% | 17% |
| AOS Specialty Stores | 10% | 22% | 26% | 25% | 25% | 29% | 30% | 33% | 32% |
| Suning/Guomei | 54% | 45% | 38% | 37% | 31% | 30% | 26% | 24% | 23% |
| E-Commerce | | | 1% | 3% | 8% | 18% | 23% | 23% | 28% |

- ◩ Regional Stores
- ☐ AOS Specialty Stores
- ◪ Suning/Guomei
- ■ E-Commerce



AO Smith

21



# Professional Team of Local Management

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 24 of 59   Document 25-28



23

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 25 of 59    Document 25-28

# Mega Trends - China

## Significant growth in AOS target demographic



SOURCE: McKinsey Insights China - December 2015

24

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 26 of 59    Document 25-28

# Different Water Treatment Technologies



**Active Carbon** - improves taste (for good incoming water areas as in the US and Europe)

**Micro-Filtration** - removes sediment and colloids (can correct basic water pollution problem)

**Ultra-Filtration** - removes bacterium, large organics and other pollutants resulting from water transport)

**Reverse Osmosis** - the ultimate filtration technology; removes nearly all substances, particularly most heavy metals prevalent in China and India water supply

25



# Reverse Osmosis Is Gaining Market Share

CMM Water Treatment Market by Technology

Data:CMM

Ultra Filtration | Reverse Osmomsis | Carbon | NanoFiltration | Others

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 27 of 59    Document 25-28

26

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 28 of 59   Document 25-28

# Side Stream Membrane Technology



- Unique patented design

- Increases RO membrane life - industry leading three year life

- Reduces waste water up to 75% percent  - 3 gallons clean to 1 gallon waste

- Provides market place differentiation



27

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 29 of 59   Document 25-28

# Tankless water treatment – enabled by side-stream membrane technology

- Provides immediate clean water
- Minimizes risk of post RO membrane contamination
  - No storage tank needed
- Leverages membrane rolling capabilities to produce hi-flow RO products
  - Constant flow rates up to 0.9 gallons per minute





China Water Treatment Sales

28



# Major Brands CMM Market Share By Value Water Purifier

**Legend:** A. O. Smith, Midea, Qinyuan, Angel, Litree, 3M, Haier, Ecowater

*Data Source: CMM-GFK  December -2017*

29

# Air purifiers - the market need is clearly visible



A very unhealthy day

Bird's Nest – Beijing:

PM 2.5
453

PM 2.5
45

A healthy day

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 31 of 59     Document 25-28

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 32 of 59    Document 25-28

# China Mega Trends Driving Growth



- **We are positioned to reach consumers using the internet**

  - **A. O. Smith is a strong foreign brand**

- **Our Premium Consumer brand is positioned for the middle and affluent classes**

  - **A. O. Smith has manufacturing capacity and channel footprint to capitalize**

**Internet**

Middle and affluent class trade up and value foreign brands

Middle and affluent classes are growing

Urbanization in China projected to drive 29% of all global growth!

AOSmith

31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 33 of 59   Document 25-28

# Mega Trends - India

Significant growth in AOS target demographic



SOURCE: India Urbanization Econometric Model Updated 2010

32

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 34 of 59   Document 25-28

# Building Distribution

- A cities (pop >1.5 Mn) Distribution in 25 out of 25 cities
- B Class cities (pop .5 to 1.5) Mn) Distribution in 63 of 68
- Class C cities  (pop .1 to .5 Mn) Distribution  316 of 400

**Headquarters and Manufacturing (Bengaluru)**

**Major Distribution Locations**

## NATIONAL RETAILERS







## REGIONAL RETAILERS






33

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 35 of 59   Document 25-28

# Business Model In India Similar to China

- Attractive Growth Demographics
- Leveraging Global Capabilities with Products Designed for the Indian Market
- Building Brand & Expanding our Distribution
- Introducing New Product Categories with Water Treatment
- Local Management



**We are committed for the long term opportunity**

AOSmith

34

# USA Water Treatment Segments

## Water Treatment USA

Addressable A. O. Smith Market $2.3 Bn

## Estimated Total USA Market Size $3.5 Bn*

Market size as by equipment sales value





Pitcher Filters, 9%

Softeners, 32%

A. O. Smith does not participate in Fridge & Pitcher Segments in USA

Fridge Filters, 23%

Shower, 5%

Under Sink Filters, 12%

Whole Home Filtration, 15%



Countertop, 4%

*A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017

According to the WQA; Excluding fridge filters, water treatment is only penetrated in to about 23%** of USA Households

A.O.Smith

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 37 of 59   Document 25-28

# Complete Channel Strategy



| Channel Brand | | | | | | Water Treatment Channels |

Direct to Consumer

E-Commerce

Dealer

Retailer

Wholesaler

Contractor / Plumber

Water Quality Dealers

Retail Channel

Wholesale

**Reseller to Consumer**

Water Quality Dealers 48%

Retail 24%

Wholesale 14%

DTC 9%

E-Com 5%

Sources:
• A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017
• Water Quality Association 2017 Consumer Opinion Study

A. O. Smith can participate in all channels; most competitors operate in 1-2 of these channels

36

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 38 of 59   Document 25-28

# Comprehensive Product Offering

## Point of Entry Products

Whole Home Filtration

Whole Home Softeners/Filters



Image source: United States EPA Water Sense 2008

## Non-Installed Products



Clean Water Machine

On-the-Go Filter Bottles

## Point of Use Products



Whole Kitchen Filtration

Tankless RO Systems

Traditional RO Systems

Under Sink Filtration

37



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 39 of 59    Document 25-28

# Acquisition Strategy

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 41 of 59   Document 25-28

# Growth Strategy: Acquisitions



**Geography**

**Geographic Growth**
- China
- India
- High Growth Markets

**Expand/ Grow the Core**
- New Products & New Technologies
  - Water Heating
  - Water Treatment

**Core**

**Adjacencies**

**Adjacencies**
- Water-themed platforms for growth
- New technologies beyond water for China

AOSmith

40

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 42 of 59   Document 25-28

# Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year





Case 2:19-cv-01198-LA   Filed 01/24/20   Page 43 of 59   Document 25-28

# A. O. Smith's Capital Allocation Options

- Organic growth (capital expenditures)
- Acquisitions
  - $424 million net cash
  - 11 percent leverage ratio (debt/total capital)
- Return cash to shareholders: over $350 million projected in 2019
  - Dividends
    - Increased dividend two times in 2018; over 30 percent CAGR over last five years
  - Share repurchase
    - Expect to repurchase approximately $200 million* in 2019 using a combination of a 10b5-1 plan and opportunistic repurchase in the open market

* subject to price, alternative investments and working capital requirements



42

# Investor Contact

## Patricia Ackerman

**Senior Vice President**

Investor Relations, Treasurer and Corporate Responsibility & Sustainability

*Direct: 414-359-4130 // Email: packerman@aosmith.com*

# Full Year Results

| $ in millions | 2018 | 2017 | change | % chg. |
|---|---|---|---|---|
| Sales | $ 3,187.9 | $ 2,996.7 | $ 191.2 | 6% |
| Net Earnings | 444.2 | 296.5 | | |
| Adjustments* | 5.0 | 81.8 | | |
| Adjusted Net Earnings | $ 449.2 | $ 378.3 | $ 70.9 | 19% |

*after-tax restructuring and impairment costs in 2018; U.S. tax reform-related tax expense in 2017

AOSmith

44

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 46 of 59   Document 25-28

# **Full Year Adjusted EPS**

| $ in millions | 2018 | 2017 | change | % chg. |
|---|---|---|---|---|
| EPS | $ 2.58 | $1.70 | | |
| Adjustments* | 0.03 | 0.47 | | |
| Adjusted EPS | $ 2.61 | $2.17 | $ 0.44 | 20% |

*restructuring and impairment costs in 2018; U.S. tax reform-related tax expense in 2017

A O Smith

45

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 47 of 59   Document 25-28

# Full Year Sales

| $ in millions | 2018 | 2017 | change | % chg. |
|---|---|---|---|---|
| North America | $ 2,044.7 | $ 1,904.8 | $ 139.9 | 7% |
| Rest of World | 1,173.6 | 1,116.3 | 57.3 | 5% |
| Intersegment | (30.4) | (24.4) | (6.0) | |
| Total | $ 3,187.9 | $ 2,996.7 | $ 191.2 | 6% |

AO Smith

46

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 48 of 59   Document 25-28

# Full Year Adjusted Earnings

| $ in millions, except percentages | 2018 | 2017 | change | % chg. |
|---|---|---|---|---|
| Adjusted Segment Earnings | | | | |
| North America | $ 470.8 | $ 428.6 | $ 42.2 | 10% |
| Rest of World | 149.3 | 149.3 | - | flat |
| Total Adjusted Segment Earnings | 620.1 | 577.9 | $ 42.2 | 7% |
| | | | | |
| Corporate | (47.2) | (47.0) | (0.2) | flat |
| Interest Expense | ( 8.4) | (10.1) | 1.7 | 17% |
| Pre-tax Earnings | 564.5 | 520.8 | 43.7 | 8% |
| Tax Provision | (115.3) | (224.3) | | |
| U.S. tax reform related tax expense | - | 81.8 | | |
| Adjusted Earnings | $ 449.2 | $ 378.3 | $ 70.9 | 19% |
| | | | | |
| Adjusted Segment Margin | | | | |
| North America | 23.0% | 22.5% | | |
| Rest of World | 12.7% | 13.4% | | |

AO Smith

47

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 49 of 59   Document 25-28

# Cash Flow from Operations

($ in millions)



### Highlights

- Operating cash provided by operations of $449 million

- Debt to capital ratio of 11%

- Cash balance: $645 million

- Net cash position: $424 million

- Stock repurchase:  ~4 million shares totaling approximately $203 million

48

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 50 of 59   Document 25-28

# 2019 EPS Guidance and 2018 EPS

| | 2019 Guidance | 2018 |
|---|---|---|
| **Diluted EPS** | $2.67 to $2.77 | $2.61 |



Note: 2009 through 2014, 2017 and 2018 are adjusted EPS and all years are adjusted for stock splits

*As of January 29, 2019*

AOSmith

49

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 51 of 59    Document 25-28

# 2019 Assumptions

| ($ in millions) | 2019 Projections |
|---|---|
| Operating Cash Flow | between $500 and $525 |
| Capital Expenditures | approx     $85 |
| Depreciation and Amortization | approx     $75 |
| Corporate/Other Expense | approx     $50 |
| Effective Tax Rate | approx     21.5% |
| Stock Repurchase | approx    $200* |
| Share Count - Diluted | approx   168.5 million |

*subject to acquisitions, cash flow and working capital needs

*As of January 29, 2019*



50

# 2019 Outlook

- U.S. residential water heater industry volumes increase between 100,000 and 150,000 units, including tankless; commercial water heater industry volumes up 1%

- Boiler revenue growth of approximately ten percent

- Smaller expected losses in India than in 2018; water heater business to be slightly profitable

- China sales decline of approximately 7 to 10% in USD, as economic weakness persists and FX translation is unfavorable by four percentage points

- First quarter headwinds

*As of January 29, 2019*



51

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 53 of 59   Document 25-28

# 2019 Outlook - continued

- Revenue growth between 1 and 2.5 percent in USD; 2.5 to 4 percent in local currency

- EPS between $2.67 and $2.77

- North America segment margin expected to be 23 to 23.5 percent

- Rest of World segment margin expected to be 12 to 12.5 percent



# Adjusted Earnings and Adjusted EPS

The following is a reconciliation of net earnings and diluted EPS to adjusted earnings (non-GAAP) and adjusted EPS (non-GAAP):

| (dollars in millions, except per share data) | | | |
|---|---|---|---|
| Three Months Ended December 31, | | Year Ended December 31, | |
| 2018 | 2017 | 2018 | 2017 |
| **Net Earnings (GAAP)** $ 126.3 | $ 22.7 | $ 444.2 | $296.5 |
| Restructuring and impairment expenses, before tax    - | - | 6.7 | - |
| Tax effect of restructuring and impairment expenses    - | - | (1.7) | - |
| U.S. Tax Reform income tax expense    - | 81.8 | - | 81.8 |
| **Adjusted Earnings** $ 126.3 | $104.5 | $ 449.2 | $378.3 |
| **Diluted EPS (GAAP)** $ 0.74 | $ 0.13 | $ 2.58 | $ 1.70 |
| Restructuring and impairment expenses per diluted share, before tax    - | - | 0.04 | - |
| Tax effect of restructuring and impairment expenses per diluted share    - | - | (0.01) | - |
| U.S. Tax Reform income tax expense    - | 0.47 | - | 0.47 |
| **Adjusted EPS** $ 0.74 | $ 0.60 | $ 2.61 | $ 2.17 |



53

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 55 of 59   Document 25-28

# Adjusted Segment Earnings

The following is a reconciliation reported segment earnings to adjusted segment earnings (non-GAAP):

| | (dollars in millions) | | | |
|---|---|---|---|---|
| | Three Months Ended December 31, | | Year Ended December 31, | |
| | 2018 | 2017 | 2018 | 2017 |
| **Segment Earnings (GAAP)** | | | | |
| North America | $ 127.6 | $ 104.9 | $ 464.1 | $ 428.6 |
| Rest of World | 39.5 | 50.8 | 149.3 | 149.3 |
| Inter-segment earnings elimination | - | - | - | - |
| Total Segment Earnings (GAAP) | $ 167.1 | $ 155.7 | $ 613.4 | $ 577.9 |
| **Adjustments:** | | | | |
| North America | $      - | $      - | $    6.7 | $      - |
| Rest of World | - | - | - | - |
| Inter-segment earnings elimination | - | - | - | - |
| Total Adjustments | $      - | $      - | $    6.7 | $      - |
| **Diluted EPS (GAAP)** | | | | |
| North America restructuring & impairment expenses | $ 127.6 | $ 104.9 | $ 470.8 | $ 428.6 |
| Rest of World | 39.5 | 50.8 | 149.3 | 149.3 |
| Inter-segment earnings elimination | - | - | - | - |
| **Adjusted Segment Earnings** | $ 167.1 | $ 155.7 | $ 620.1 | $ 577.9 |

AOSmith

54

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 56 of 59    Document 25-28

# Initial CRS Report Launched Last Month

## Celebrating 144 years of innovation



## AOSMITH.COM/about/sustainability



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 57 of 59   Document 25-28

# Highlights: Our Products Conserve Resources



**98%**
Thermal Efficient

Cyclone Commercial Water Heater
- 1.6B cubic feet of natural gas saved*
- 100K tons of GHG avoided*

**99%**
Thermal Efficient

Crest Commercial Boiler
- 2.0B cubic feet of natural gas saved*
- 120K tons of GHG avoided*

**75%**
Water Conservation Ratio





RO Max Series Water Treatment System
- 1.3 B gallons of water conserved in China*



*Annual Savings based on 2017 annual sales*

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 58 of 59   Document 25-28

## Highlights: Our Operations are Safe and Conserve Resources



President's Safety Award -
established 1955 (predates OSHA)



Chairman's Green Star Award - 2009

ISO 14001 for environment
ISO 45001 for safety

Expect to meet standards by 2019



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 59 of 59   Document 25-28

# Highlights: We are a Good Place to Work

Ethics

Integrity

Value Recognition



Supervisor Effectiveness

Innovation

Customer Focus

58