# EXHIBIT 31

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 2 of 59     Document 25-31



Spring 2019 Analyst Presentation

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 3 of 59    Document 25-31

# Forward Looking Statements

This presentation contains statements that we believe are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995.  Forward-looking statements generally can be identified by the use of words such as  "may," "will," "expect," "intend," "estimate," "anticipate," "believe," "continue," " forecast,"  "guidance" or words of similar meaning. All forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those anticipated as of the date of this presentation.   Important factors that could cause actual results to differ materially from these expectations include, among other things, the following: a further weakening of the Chinese economy and/or a further decline in the growth rate of consumer spending or housing sales in China; negative impact to our businesses from international tariffs and trade disputes; potential weakening in the high efficiency boiler market segment in the U. S.; significant volatility in raw material prices; our inability to implement or maintain pricing actions; potential weakening in U. S. residential or commercial construction or instability in our replacement markets; foreign currency fluctuations; inability to successfully integrate or achieve our strategic objectives resulting from acquisitions; competitive pressures on our businesses; the impact of potential information technology or data security breaches; changes in government regulations or regulatory requirements; and adverse developments in general economic, political and business conditions in the key regions of the world.   Forward-looking statements included in this presentation are made only as of the date of this presentation, and the company is under no obligation to update these statements to reflect subsequent events or circumstances.  All subsequent written and oral forward-looking statements attributed to the company, or persons acting on its behalf, are qualified entirely by these cautionary statements. This presentation contains certain non-GAAP financial measures as that term is defined by the SEC.  Non-GAAP financial measures are generally identified by "Adjusted" (Adj.) or "Non-GAAP" .



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 4 of 59   Document 25-31

# Investment Case

- Manufacturer of residential and commercial water heaters, boilers and water treatment products

- Market share leader in major product lines

- Stable/growing North American replacement market; operating leverage from incremental new construction and replacement

- Strong balance sheet and cash flow to support future growth, share repurchase and acquisitions

- Strength of our premium brand, distribution, manufacturing and innovation provide clear market advantage in China

- 85 percent replacement in water heater and boiler demand



3



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 5 of 59    Document 25-31



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 7 of 59    Document 25-31



# Adjusted Earnings Per Share:  25 Percent CAGR

**NOTE**

2010 through 2014 adjusted for non-operating pension costs and certain non-recurring items; 2017 adjusted for U.S. Tax Reform expense; 2018 adjusted for restructuring & impairment expenses

6

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 8 of 59   Document 25-31

# Segment Revenue

**NA**
- Boilers
- Water heaters
- Water treatment

**ROW**
- China/India = 94%
- Europe/Middle East = 6%

North America 64%

Rest of World 36%

**2018 full year**












7



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 10 of 59   Document 25-31

# U.S. Residential Water Heater Market Segment



*Wholesale channel is "~55%" of the market*

*Retail channel is "~45%" of the market*

A. O. Smith's Customers

2018 – 9.5 mm Units

9



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 12 of 59    Document 25-31

# U.S. Water Heater Market Segment



## Commercial Market*

*2018 market share data*

AHRI data:

AOS actual shipments and AOS estimate of competitors' shipments

*Commercial water heater segment as defined by AHRI, total 2018 commercial units as reported by AHRI = 233,000 units

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 13 of 59   Document 25-31

# Energy Efficient Cyclone

- Game changing energy efficient commercial product launched in 1997 and recently upgraded

- Up to 96% thermal efficiency dramatically lowers operating costs offering short payback

- Represents 63% of AOS commercial gas water heater revenues




Innovation, training and 24/7 National account customer service drive market leadership

12

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 14 of 59   Document 25-31

# U.S. Commercial Gas Market:  Energy Efficient Units more than Doubled in Eight Years to 45 percent of units sold in 2018



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 15 of 59   Document 25-31

# Lochinvar End Markets

Boilers
58%

Water
Heating
42%








2/3 commercial end markets; 1/3 residential end markets

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 16 of 59   Document 25-31

# Trend to Higher Efficiency, Condensing Boilers – 53 percent of units sold in 2017

North American Commercial Boiler Volume (Units)

Source: BRG Building Solutions

15



Case 2:19-cv-01198-LA     Filed 01/24/20     Page 17 of 59     Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 18 of 59   Document 25-31

# China Exceeds $1 B; now 34% of Sales



China sales have grown 19% (CAGR) over the last 10 years

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 19 of 59   Document 25-31

# AOS China Built on:

- Premium Brand
- Extensive Distribution and Service Network
- Innovative New Products & World Class Manufacturing
- Local Management Team and Organizational Development

Nanjing



18

# Sixteen Year Water Heater Market Share Trend



Leading residential brands measured in currency; Tier One Market: GFK - CMM data sampling several thousand largest retail stores, December 2018

# Market Share by Price Category

## Gas Market Share



*Data Source :CMM Retail Survey Dec 2018-150 Best Selling Models*

## Electric Market Share

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 21 of 59    Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 22 of 59   Document 25-31

# Broad Distribution Channel

- Over 9,000 retail counters in China
- 30% of outlets in Tier 1 cities; 70% in Tier 2/3 cities





□ Regional Stores
□ AOS Specialty Stores
□ Suning/Guomei
■ E-Commerce

21



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 23 of 59    Document 25-31

# Professional Team of Local Management



Case 2:19-cv-01198-LA    Filed 01/24/20    Page 24 of 59    Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 25 of 59   Document 25-31

# Mega Trends - China

Significant growth in AOS target demographic

CAGR
2000-2020E, %

100% =   147      226      298      339

| Year | Affluent (more than $34,000) | Mainstream $16,000 - $34,000 | Value $6,000 - $16,000 | Poor (less than $6,000) |
|------|------|------|------|------|
| 2000 | 1 / 0 | 63 | 36 | |
| 2010 | 2 / 6 | 82 | 10 | |
| 2016 | 3 / 43 | 47 | 6 | |
| 2020E | 5 / 55 | 35 | 6 | |

CAGR 2000-2020E, %:
- 4.3
- 18.8
- 27.3
- 12
- -4.6

A. O. Smith customer demographic continues to grow rapidly

Growth of 10 times during this decade
2010: 18 mm households
2020: 200 mm households

SOURCE:  McKinsey Insights China - December 2015

24

# Different Water Treatment Technologies



**Active Carbon** - improves taste (for good incoming water areas as in the US and Europe)

**Micro-Filtration** - removes sediment and colloids (can correct basic water pollution problem)

**Ultra-Filtration** - removes bacterium, large organics and other pollutants resulting from water transport)

**Reverse Osmosis** - the ultimate filtration technology; removes nearly all substances, particularly most heavy metals prevalent in China and India water supply

*Carbon*

*MF*

*UF*

*RO*

*Rust Removal* — Pore Size 5000 nm

*Sediment & Colloids* — Pore Size 1000 nm

*Bacterium & Organics* — Pore Size 50 nm

*Heavy Metals, Virus & Salts* — Pore Size 0.2 nm



# Reverse Osmosis Is Gaining Market Share

**CMM Water Treatment Market by Technology**

Data:CMM

Legend: Ultra Filtration · Reverse Osmomsis · Others · Carbon · NanoFiltration

| Year | Reverse Osmosis | Others | Carbon | NanoFiltration |
|------|-----------------|--------|--------|----------------|
| 2010 | 67.6% | 20.7% | 8.4% | |
| 2011 | 64.1% | 24.9% | 7.8% | |
| 2012 | 55.5% | 31.4% | 7.0% | 2.7% |
| 2013 | 40.2% | 44.3% | 7.7% | 5.3% |
| 2014 | 27.0% | 59.0% | 8.0% | 5.0% |
| 2015 | 15.5% | 72.4% | 5.9% | 4.0% |
| 2016 | 10.0% | 81.1% | 5.3% | 3.0% |
| 2017 | 8.0% | 83.1% | 5.0% | 3.0% |

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 27 of 59     Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 28 of 59   Document 25-31

# Side Stream Membrane Technology



- Unique patented design

- Increases RO membrane life - industry leading three year life

- Reduces waste water up to 75% percent  - 3 gallons clean to 1 gallon waste

- Provides market place differentiation

27

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 29 of 59   Document 25-31

## Tankless water treatment – enabled by side-stream membrane technology

- Provides immediate clean water
- Minimizes risk of post RO membrane contamination
  - No storage tank needed
- Leverages membrane rolling capabilities to produce hi-flow RO products
  - Constant flow rates up to 0.9 gallons per minute





China Water Treatment Sales

28

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 30 of 59   Document 25-31



# Major Brands CMM Market Share By Value Water Purifier

*Data Source: CMM-GFK   December -2017*

29

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 31 of 59   Document 25-31

# Air purifiers - the market need is clearly visible

Bird's Nest – Beijing:

A healthy day

PM 2.5
45

PM 2.5
453

A very unhealthy day

30

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 32 of 59    Document 25-31

# China Mega Trends Driving Growth



- We are positioned to reach consumers using the internet

- A. O. Smith is a strong foreign brand

- Our Premium Consumer brand is positioned for the middle and affluent classes

- A. O. Smith has manufacturing capacity and channel footprint to capitalize

**Internet**

Middle and affluent class trade up and value foreign brands

Middle and affluent classes are growing

Urbanization in China projected to drive 29% of all global growth!

31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 33 of 59   Document 25-31

# Mega Trends - India

**Significant growth in AOS target demographic**

Income segment
Rupees thousand

100% =    189        222        273        322

Millions of households, percent, 2000 prices

| Year | Globals >1,000 | Strivers 500-1,000 | Seekers 200-500 | Aspirers 90-200 | Deprived <90 |
|------|------|------|------|------|------|
| 2000 | 0 | 1 | 4 | 31 | 64 |
| 2008 | 1 | 2 | 12 | 34 | 50 |
| 2020 | 3 | 6 | 25 | 40 | 26 |
| 2030 | 7 | 17 | 29 | 32 | 15 |

A. O. Smith target demographic: upper middle class

2000        2008        2020        2030

*SOURCE: India Urbanization Econometric Model Updated 2010*

32

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 34 of 59   Document 25-31

# Building Distribution

A cities (pop >1.5 Mn) Distribution in 25 out of 25 cities
- B Class cities (pop .5 to 1.5) Mn) Distribution in 63 of 68
- Class C cities  (pop .1 to .5 Mn) Distribution  316 of 400

**Headquarters and Manufacturing (Bengaluru)**

**Major Distribution Locations**

## NATIONAL RETAILERS






## REGIONAL RETAILERS







33

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 35 of 59   Document 25-31

# Business Model In India Similar to China

- Attractive Growth Demographics
- Leveraging Global Capabilities with Products Designed for the Indian Market
- Building Brand & Expanding our Distribution
- Introducing New Product Categories with Water Treatment
- Local Management



## We are committed for the long term opportunity

34

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 36 of 59   Document 25-31

# USA Water Treatment Segments

**Water Treatment USA**
Addressable A. O. Smith Market $2.3 Bn

**Estimated Total USA Market Size $3.5 Bn\***
Market size as by equipment sales value



A. O. Smith does not participate in Fridge & Pitcher Segments in USA

*A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017

According to the WQA; Excluding fridge filters, water treatment is only penetrated in to about 23%** of USA Households

35

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 37 of 59    Document 25-31

# Complete Channel Strategy



| Channel Brand | Water Treatment Channels |

**Dealer**

**Retailer**

**Wholesaler**

**Contractor / Plumber**

Direct to Consumer

E-Commerce

Water Quality Dealers

Retail Channel

Wholesale

**Reseller to Consumer**

E-Com 5%

DTC 9%

Wholesale 14%

Water Quality Dealers 48%

Retail 24%

Sources:
• A. O. Smith Primary Quantitative, Market Segmentation Research, April 2017
• Water Quality Association 2017 Consumer Opinion Study

A. O. Smith can participate in all channels; most competitors operate in 1-2 of these channels

36

# Comprehensive Product Offering

## Point of Use Products

Tankless RO Systems

Under Sink Filtration

Whole Kitchen Filtration

Traditional RO Systems



Image source: United States EPA Water Sense 2008

## Non-Installed Products

On-the-Go Filter Bottles

Clean Water Machine

## Point of Entry Products

Whole Home Softeners/Filters

Whole Home Filtration

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 39 of 59   Document 25-31

# Evolution of Global Water Treatment

37% CAGR

Revenue ($ in millions)

☐ Incremental Revenue

■ Revenue

$20 — 2009
$21 — 2010
$35 — 2011
$42 — 2012
$69 — 2013
$97 — 2014
$135 — 2015
$206 — 2016
$312 — 2017
$397 — 2018
$480+ — 2019

Acquired Shanghai Water Treatment

Launched AOS branded WT in China

Purchased MIM, WT company in Turkey

Launched AOS branded WT in India

Purchased Aquasana & launched AOS branded WT in Vietnam

Purchased Hague

Launched AOS branded WT at Lowe's

Purchased Water-Right

38

# Acquisition Strategy

Case 2:19-cv-01198-LA     Filed 01/24/20     Page 40 of 59     Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 41 of 59   Document 25-31

# Growth Strategy: Acquisitions



**Geography**

**Core**

**Adjacencies**

**Geographic Growth**
- China
- India
- High Growth Markets

**Expand/ Grow the Core**
- New Products & New Technologies
  - Water Heating
  - Water Treatment

**Adjacencies**
- Water-themed platforms for growth
- New technologies beyond water for China

40

# Investment Criteria

- Value creation opportunities

- ROIC in excess of cost of capital by third year

- Meet risk adjusted IRR hurdle rates

- Margin accretion with growth rates higher than U.S. GDP

- Accretive to earnings in the first year

AOS LISTED NYSE

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 42 of 59   Document 25-31

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 43 of 59   Document 25-31

# A. O. Smith's Capital Allocation Options

- Organic growth (capital expenditures)
- Acquisitions
  - $350 million net cash
  - 14 percent leverage ratio (debt/total capital)
- Return cash to shareholders: over $350 million projected in 2019
  - Dividends
    - Increased dividend two times in 2018; over 30 percent CAGR over last five years
  - Share repurchase
    - Expect to repurchase approximately $200 million* in 2019 using a combination of a 10b5-1 plan and opportunistic repurchase in the open market

* subject to price, alternative investments and working capital requirements

42

Investor Contact

**Patricia Ackerman**

Senior Vice President

Investor Relations, Treasurer and Corporate Responsibility & Sustainability

*Direct: 414-359-4130 // Email: packerman@aosmith.com*

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 44 of 59    Document 25-31

# First Quarter Results

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 45 of 59   Document 25-31

| $ in millions | 2019 | 2018 | change | % chg. |
|---|---|---|---|---|
| Sales | $ 748.2 | $ 788.0 | $(39.8) | -5% |
| Net Earnings | 89.3 | 98.8 | | |
| Restructuring and Impairment Expenses | - | 5.0 | | |
| Adjusted Earnings | $ 89.3 | $ 103.8 | $(14.5) | -14% |

44

# First Quarter Adjusted EPS

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 46 of 59   Document 25-31

| $ in millions | 2019 | 2018 | change | % chg. |
|---|---|---|---|---|
| EPS | $ 0.53 | $ 0.57 | | |
| Restructuring & Impairment Expenses | - | 0.03 | | |
| Adjusted EPS | $ 0.53 | $ 0.60 | $ (0.07) | -12% |

45

# First Quarter Sales

| $ in millions | 2019 | 2018 | change | % chg. |
|---|---|---|---|---|
| North America | $ 521.8 | $ 501.7 | $ 20.1 | 4% |
| Rest of World | 232.1 | 293.8 | (61.7) | -21% |
| Intersegment | (5.7) | (7.5) | 1.8 | |
| Total | $ 748.2 | $ 788.0 | $(39.8) | -5% |

AO Smith

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 48 of 59    Document 25-31

# First Quarter Earnings

| $ in millions, except percentages | 2019 | 2018 | change | % chg. |
|---|---|---|---|---|
| North America, adjusted* | $ 116.0 | $ 112.7 | $ 3.3 | 3% |
| Rest of World | 12.3 | 36.0 | (23.7) | -66% |
| Total Segment Earnings | 128.3 | 148.7 | $(20.4) | -14% |
| Corporate | (14.7) | (14.3) | (0.4) | -3% |
| Interest Expense | (2.0) | (2.3) | 0.3 | 13% |
| Pre-tax Earnings | 111.6 | 132.1 | (20.5) | -16% |
| Tax Provision | (22.3) | (28.3) | | |
| Adjusted Earnings | $ 89.3 | $ 103.8 | $(14.5) | -14% |
| Adjusted Segment Margin | | | | |
| North America | 22.2% | 22.5% | | |
| Rest of World | 5.3% | 12.3% | | |

* 2018 excludes $6.7 million pre-tax restructuring and impairment expense due to a plant closing

47

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 49 of 59   Document 25-31

# Cash Flow from Operations



($ in millions)

2019: $22
2018: $43

## Highlights

- Operating cash provided by operations of $22 million

- Debt to capital ratio of 14%

- Cash balance: $633 million

- Net cash position: $349 million

- Stock repurchase:  ~900,000 shares totaling approximately $46 million

48

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 50 of 59    Document 25-31



# 2019 Assumptions

| ($ in millions) | 2019 Projections |
|---|---|
| Operating Cash Flow | between $500 and $525 |
| Capital Expenditures | approx $85 |
| Depreciation and Amortization | approx $75 |
| Corporate/Other Expense | approx $49 |
| Effective Tax Rate | approx 21.5% |
| Stock Repurchase | approx $200* |
| Share Count - Diluted | approx 168 million |

*subject to acquisitions, cash flow and working capital needs

*As of April 30, 2019*



50

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 52 of 59   Document 25-31

# 2019 Outlook

- U.S. residential water heater industry volumes increase between 100,000 and 150,000 units, including tankless; commercial water heater industry volumes up 1%

- Boiler revenue growth of approximately ten percent

- Smaller expected losses in India than in 2018; water heater business to be slightly profitable

- China sales decline of approximately 6 to 8% in local currency, as economic weakness persists and FX translation is unfavorable by one percentage point

*As of April 30, 2019*



Case 2:19-cv-01198-LA   Filed 01/24/20   Page 53 of 59   Document 25-31

# 2019 Outlook - continued

- Revenue growth between 2.5 to 3.5 percent in USD; 3 to 4 percent in local currency

- EPS between $2.69 and $2.75

- North America segment margin expected to be 23 to 23.25 percent

- Rest of World segment margin expected to be 11.75 to 12 percent



52

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 54 of 59   Document 25-31

# Adjusted Earnings and Adjusted EPS

The following is a reconciliation of net earnings and diluted EPS to adjusted earnings (non-GAAP) and adjusted EPS (non-GAAP):

|  | (dollars in millions, except per share data) | |
| --- | --- | --- |
|  | Three Months Ended March 31, | |
|  | 2019 | 2018 |
| **Net Earnings (GAAP)** | $ 89.3 | $ 98.8 |
| Restructuring and impairment expenses, before tax | - | 6.7 |
| Tax effect of restructuring and impairment expenses | - | (1.7) |
| **Adjusted Earnings** | $ 89.3 | $103.8 |
| **Diluted EPS (GAAP)** | $ 0.53 | $ 0.57 |
| Restructuring and impairment expenses per diluted share, before tax | - | 0.04 |
| Tax effect of restructuring and impairment expenses per diluted share | - | (0.01) |
| **Adjusted EPS** | $ 0.53 | $ 0.60 |

AOSmith

# Adjusted Segment Earnings

The following is a reconciliation reported segment earnings to adjusted segment earnings (non-GAAP):

**(dollars in millions)**

| | Three Months Ended March 31, | |
|---|---|---|
| | **2019** | **2018** |
| **Segment Earnings (GAAP)** | | |
| North America | $ 116.0 | $ 106.0 |
| Rest of World | 12.3 | 36.1 |
| Inter-segment earnings elimination | - | (0.1) |
| Total Segment Earnings (GAAP) | $ 128.3 | $ 142.0 |
| **Adjustments:** | | |
| North America | $ - | $ 6.7 |
| Rest of World | - | - |
| Inter-segment earnings elimination | - | - |
| Total Adjustments | $ - | $ 6.7 |
| **Diluted EPS (GAAP)** | | |
| North America restructuring & impairment expenses | $ 116.0 | $ 112.7 |
| Rest of World | 12.3 | 36.1 |
| Inter-segment earnings elimination | - | (0.1) |
| **Adjusted Segment Earnings** | $ 128.3 | $ 148.7 |

AOSmith

54

Celebrating 144 years of innovation



AOSMITH.COM/about/sustainability

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 57 of 59   Document 25-31

# Highlights: **Our Products Conserve Resources**



**98%**
Thermal Efficient

Cyclone Commercial Water Heater
- 1.6B cubic feet of natural gas saved*
- 100K tons of GHG avoided*

**99%**
Thermal Efficient

Crest Commercial Boiler
- 2.0B cubic feet of natural gas saved*
- 120K tons of GHG avoided*

**75%**
Water Conservation Ratio

RO Max Series Water Treatment System
- 1.3 B gallons of water conserved in China*



*Annual Savings based on 2017 annual sales*

56

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 58 of 59   Document 25-31

## Highlights: Our Operations are Safe and Conserve Resources



President's Safety Award -
established 1955 (predates OSHA)



Chairman's Green Star Award - 2009

ISO 14001 for environment
ISO 45001 for safety

Expect to meet standards by 2019

57

Case 2:19-cv-01198-LA   Filed 01/24/20   Page 59 of 59   Document 25-31

# Highlights: We are a Good Place to Work

**Ethics**

**Integrity**

**Value Recognition**



**EMPLOYEE ENGAGEMENT SCORE**

80%   82%   87%   83%   90%

3.85   3.84   4.00   3.99   4.00

2010   2012   2014   2016   2018

● Participation Percentage   *U.S. Norm Average 3.62*
(right axis)

**Supervisor Effectiveness**

**Innovation**

**Customer Focus**

58