# EXHIBIT 37

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

———————————

# SCHEDULE 14A

**Proxy Statement Pursuant To Section 14(a) Of The**
**Securities Exchange Act Of 1934**
**(Amendment No.    )**

———————————

Filed by the registrant ☒          Filed by a party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for the Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material Pursuant to §240.14a-12

# A. O. Smith Corporation
**(Name of Registrant as Specified in Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    1) Title of each class of securities to which transaction applies:

    _____

    2) Aggregate number of securities to which transaction applies:

    _____

    3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    _____

    4) Proposed maximum aggregate value of transaction:

    _____

    5) Total fee paid:

    _____

☐ Fee paid previously with preliminary materials

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 2 of 4    Document 25-37

## STOCK OWNERSHIP

### Security Ownership of Directors and Management

The following table shows, as of December 31, 2014, the Class A Common Stock and Common Stock of our company and Common Stock options exercisable on or before February 27, 2015, beneficially owned by each director, each nominee for director, each named executive officer in the "Summary Compensation Table" and by all directors and executive officers as a group.

| Name | Class A Common Stock[1,2] | Percent of Class A Common Stock | Common Stock[1,2] | Restricted Stock Units | Options Exercisable Within 60 Days | Percent of Common Stock |
|---|---|---|---|---|---|---|
| Ronald D. Brown | 0 | 0 | 29,948 | 19,373 | 0 | * |
| Gloster B. Current, Jr. | 0 | 0 | 14,060 | 29,778 | 0 | * |
| William P. Greubel | 0 | 0 | 0 | 36,910 | 0 | * |
| Paul W. Jones | 0 | 0 | 174,428 | 93,100 | 226,667 | * |
| John J. Kita | 0 | 0 | 39,667 | 21,150 | 55,733 | * |
| Mark A. Petrarca | 0 | 0 | 39,990 | 11,550 | 12,800 | * |
| Ajita G. Rajendra | 0 | 0 | 166,020 | 56,450 | 206,967 | * |
| Mathias F. Sandoval | 0 | 0 | 0 | 16,509 | 0 | * |
| Bruce M. Smith | 226,982[3] | 1.73% | 9,146[4] | 52,687 | 0 | * |
| Mark D. Smith | 120,101[5] | * | 71,770[6] | 0 | 0 | * |
| James F. Stern | 0 | 0 | 74,428 | 14,350 | 61,100 | * |
| Kevin J. Wheeler | 0 | 0 | 2,298 | 8,950 | 14,134 | * |
| Idelle K. Wolf | 0 | 0 | 32,842 | 4,347 | 0 | * |
| Gene C. Wulf | 0 | 0 | 49,372 | 0 | 0 | * |
| All 23 Directors, Nominees and Executive Officers as a Group | 347,083 | 2.64% | 805,428 | 427,134 | 693,372 | 2.53% |

* Represents less than one percent.

1 Except as otherwise noted, all securities are held with sole voting and sole dispositive power.

2 Shares of Class A Common Stock are convertible on a share-for-share basis into shares of Common Stock at any time at the discretion of each holder. As a result, a holder of shares of Class A Common Stock is deemed to beneficially own an equal number of shares of Common Stock. However, to avoid overstatement of the aggregate beneficial ownership of both classes of our outstanding capital stock, the shares of Class A Common Stock listed in the table do not include shares of Common Stock that may be acquired upon the conversion of outstanding shares of Class A Common Stock. Similarly, the percentage of shares of Common Stock beneficially owned is determined with respect to the total number of outstanding shares of Common Stock, excluding shares of Common Stock that may be issued upon conversion of outstanding shares of Class A Common Stock.

3 Shares beneficially owned as a settler of a revocable family trust.

4 Included in this total are 7,946 shares that have been deferred and 1,200 shares that are beneficially owned as a settler of a revocable family trust.

5 Included in this total are 118,263 shares beneficially owned as a settler of a revocable family trust and 1,838 shares beneficially owned because they are held by his spouse.

6 Included in this total are 14,750 shares beneficially owned as a settler of a revocable family trust, 4,478 shares beneficially owned because they are held by his spouse and 52,542 shares held directly by Mark D. Smith.

### Compliance with Section 16(a) of the
### Securities Exchange Act

Section 16(a) of the Securities Exchange Act of 1934 requires our directors and executive officers, and persons who own more than ten percent of a registered class of our company's equity securities, to file reports of ownership and changes in ownership with the SEC and the NYSE. Executive officers, directors and greater than ten percent stockholders are required by SEC regulations to furnish us with copies of all Section 16(a) Forms 3, 4 and 5 which they file.

18

Case 2:19-cv-01198-LA    Filed 01/24/20    Page 3 of 4    Document 25-37



**ANNUAL MEETING OF STOCKHOLDERS**

**Tuesday, April 14, 2015**
**8:00 a.m. Eastern Daylight Time**

A. O. Smith McBee Plant
25589 Highway 1
McBee, South Carolina 29101

**A. O. SMITH CORPORATION**
**PROXY – CLASS A COMMON STOCK**

**This Proxy is Solicited on Behalf of the Board of Directors**

The undersigned hereby appoints AJITA G. RAJENDRA, JOHN J. KITA and JAMES F. STERN, or any one of them, with full power of substitution, as proxy or proxies of the undersigned to attend the Annual Meeting of Stockholders of A. O. Smith Corporation to be held on April 14, 2015, at 8:00 a.m. Eastern Daylight Time, at the A. O. Smith McBee Plant, 25589 Highway 1, McBee, South Carolina 29101, or at any adjournment thereof, and there to vote all shares of Class A Common Stock which the undersigned would be entitled to vote if personally present as specified upon the following matters and in their discretion upon such other matters as may properly come before the meeting.

**This proxy when properly executed will be voted in the manner directed herein by the undersigned.**
**If no direction is made, this proxy will be voted FOR proposals 1, 2, and 3.**

**PLEASE VOTE BY INTERNET OR TELEPHONE OR MARK, SIGN, DATE**
**AND RETURN THE PROXY CARD PROMPTLY USING THE ENCLOSED ENVELOPE.**

*See reverse for voting instructions.*