CITY OF BIRMINGHAM RETIREMENT
AND RELIEF SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

A. O. SMITH CORPORATION, AJITA
RAJENDRA, KEVIN WHEELER, and JOHN
KITA,

                Defendants.

Case No. 2:19-CV-01198-LA

## DEFENDANTS' MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE

Defendants A. O. Smith Corporation, Ajita Rajendra, Kevin Wheeler, and John Kita ("Defendants"), by and through their attorneys, respectfully move this Court to consider certain documents and information attached to and contained in the Declaration of Kathryn K. George when adjudicating Defendants' Motion to Dismiss the Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed on November 22, 2019 (the "Complaint"). All of the documents and information either are incorporated by reference into the Complaint, are properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, or both. The grounds in support of this motion are more fully set forth in the accompanying memorandum of law filed herewith.

Date: January 24, 2020

Respectfully submitted,

 */s/ Sean M. Berkowitz*
Sean M. Berkowitz (6209701 IL)
Nicholas J. Siciliano (6287387 IL)
Kathryn K. George (6306004 IL)
LATHAM & WATKINS LLP
sean.berkowitz@lw.com
nicholas.siciliano@lw.com
kathryn.george@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

FOLEY & LARDNER LLP
Bryan B. House, WI Bar No. 1022054
Andrew J. Wronski, WI Bar No. 1024029
Nathan D. Imfeld, WI Bar No. 1092934
777 East Wisconsin Street
Milwaukee, WI 53202
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
bhouse@foley.com
awronski@foley.com
nimfeld@foley.com

*Attorneys for Defendants A. O. Smith Corporation,
Ajita Rajendra, Kevin Wheeler, and John Kita*

2