# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CITY OF BIRMINGHAM RETIREMENT
AND RELIEF SYSTEM,
      Plaintiff

      v.                                CASE NUMBER: 19-C-1198

A.O. SMITH CORPORATION, et al.,
      Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff shall take nothing by its complaint and judgment is entered in favor of the defendants on the merits.

| | |
|---|---|
|     8/3/20 | Gina M. Colletti |
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |